## INDEX OF EXHIBITS

**Exhibit 1…….** Canton Charter Township Code, Appendix A, Article 6A.00.

**Exhibit 2…….** Canton Charter Township Code, Appendix A, Section 27.09.

**Exhibit 3…….** Complaint (exhibits omitted)

**Exhibit 4…….** Canton Charter Township Code, Appendix A, Section 1.02.B.

**Exhibit 5…….** Zoning Map (annotated)

**Exhibit 6…….** *One Commc'ns LLC v. Charter Twp. of Canton, Michigan (Outdoor II)*, 155 F.4th 776 (6th Cir. 2025)

**Exhibit 7…….** Canton Charter Township Code, Appendix A, Section 27.05 (highlighted)

**Exhibit 8…….** First Supplemental Declaration of Jay C. Carll.