# Exhibit 1

PART II - LAND DEVELOPMENT REGULATIONS
APPENDIX A - ZONING
ARTICLE 6A.00. SIGNS

---

## *ARTICLE 6A.00. SIGNS*

### 6A.01. Definitions.

The following words, terms and phrases, when used in this chapter [article], shall have the meanings ascribed to them in this section, except where the context clearly indicates a different meaning:

1. *Abandoned sign* means a sign which no longer directs a person to or advertises a bona fide business, tenant, owner, product or activity conducted or product available on the premises where such sign is displayed or any sign not repaired or maintained properly, after notice, pursuant to the terms of this article .

2. *Add-on sign* means a sign that is attached as an appendage to another sign, sign support, or a building, and is intended to draw attention to the goods and services available on the premises.



## 6A.01.02 Add-On Sign

Add-On Sign

3. *Animated sign* means a sign manifesting either kinetic or illusionary motion occasional by natural, manual, mechanical, electrical or other means.

4. *Area of sign* means the entire area within a circle, triangle, parallelogram, or other geometric configuration enclosing the extreme limits or writing, representation, emblem or any figure or similar character, together with any frame or other material or color forming an integral part of the display or used to differentiate the sign from the background against which it is placed, excluding the necessary supports or uprights on which such sign is placed. However, where such a sign has two faces, the area of all faces shall be included in determining the area of the sign, except that where two such faces are placed back to back as a mirror image in size and shape and are at no point more than two feet from one another, the area of the sign shall be taken as the area of one face if the two faces are of equal area, or the area of the larger face if the two faces are of unequal area.

5. *Automated teller machine* means a freestanding computerized electronic machine that performs basic banking functions (as handling check deposits or issuing cash withdrawals), also called automatic teller and automatic teller machine.

---

Canton Charter Township, (Wayne Co.), Michigan, Code of Ordinances
(Supp. No. 57, Update 1)

Created: 2022-12-15 13:51:38 [EST]

Page 1 of 43

6. *Awning sign* means a sign that is a roof-like structure made of canvas or similar materials, stretched over a frame and directly attached to a wall of a building. Awning signs shall extend more than 12 inches but not more than 36 inches from the wall. Awning signs shall not project more than 24 inches above the roofline of the building.

7. *Billboard* means a nonaccessory ground sign erected for the purpose of advertising a product, event, person, or subject not related to the premises on which the sign is located. Off-premises directional signs as permitted in this chapter [article] shall not be considered billboards for the purpose of this chapter [article].

8. *Blade sign* (see *Under-canopy sign*).

9. *Canopy sign* means any sign attached to or constructed on a canopy. A canopy is a permanent roof-like shelter extending from part of or all of a building face over a public access area and constructed of the same material as the building.

10. *Changeable copy sign/reader board* means a sign or portion thereof with characters, letters, or illustrations that can be changed or rearranged without altering the face or the surface of the sign. A sign on which the message changes more than eight times per day shall be considered an animated sign and not a changeable copy sign for purposes of this [article]. A sign on which the only copy that changes is an electronic or mechanical indication of time, temperature, or stock market quotation shall be considered a "time, temperature, stock market" portion of a sign and not a changeable copy sign for purposes of this article.

11. *Commercial statue* is a three dimensional figure which by its appearance, overall design, coloration, applied text, graphic identification, applied image, description, display, or illustration directs attention to an object, product, place, activity, facility, service, event, attraction, person, institution, organization or business, and which is visible from any street, right-of-way, sidewalk, alley, park or other public property and is intended to carry a commercial message. Commercial statues are considered ground signs for the purpose of this ordinance [Ordinance of September 26, 2006] and are so regulated with regard to permitted dimension, location, and number. The sign area of a commercial statue is that entire area within a circle, triangle, parallelogram, or other geometric configuration enclosing the extreme limits of the statue when viewed from a point perpendicular to the front lot line.

12. *Directional sign* means any sign containing only noncommercial messages including, but not limited to, designation of restrooms, drive entrances and exits, telephone locations, and directions to door openings. A directory sign may also be used for private traffic control.

13. *Directory sign* means any sign containing the names of tenant commercial enterprises within a development site to assist in wayfinding utilizing a uniform font and no commercial logos or graphic identities.

14. *Entrance monument, residential* means a freestanding or structure marking a recognized subdivision, condominium complex, or residential development. For the purpose of determining sign area, only that imaginary circle, triangle, parallelogram, or other geometric configuration enclosing the extreme limits or writing, representation, emblem or any figure or similar character is considered.

15. *Eave line* means the line between the two lowest points of intersection of the top of a wall and the eave, or edge of the roof. The eave line is an imaginary line drawn across the wall on a gable end, and is not a roofline, which is the line of intersection the wall has where it abuts the roof. See also *Roofline*.

Created: 2022-12-15 13:51:37 [EST]

(Supp. No. 57, Update 1)



## 6A.01.13 Eave Line and 6A.01.31 Roof Line

Eave Line and Roof Line

16. *Gasoline pump island* means a combination of more than one fuel-dispensing device, clustered together, to provide a customer with more than one option of type of fuel, or grade thereof, to be purchased.

17. *Ground sign* means a sign which is mounted permanently in the ground on a masonry base or monument. A residential entrance monument is not a ground sign.



## 6A.01.17 Ground Sign

Ground Sign

18. *Historic district* means the Canton Township Historic District, as administered by the Canton Township Historic District Commission.

19. *Inflatable sign* means a temporary or permanent sign consisting of a non-porous bag, balloon, or other object inflated by any means and designed to draw attention to a commercial business, whether it does or does not include a commercial display, commercial graphic identity, or lettering. Inflatable seasonal display items sold retail to the general public and intended primarily for private home display are not considered inflatable signs, provided they do not exceed eight feet in height.

20. *Institutional bulletin board* means a sign which displays the name of a religious institution, school, library, community center or similar public or quasi-public institution, which may include an announcement of its services or activities.

21. *Menu order and drive-through assistance sign* means a sign used for the purpose of communicating and identifying food and drink items available for order by patrons at a drive-through or fast food

Created: 2022-12-15 13:51:37 [EST]

restaurant. This type of sign shall be considered a sign for the purpose of these regulations regardless of whether it is visible from the road right-of-way.

22. *Multiple-tenant sign* means a sign permitted only when identified and approved as part of a master sign plan that serves two or more tenants within a project.

23. *Natural materials* are those substances determined to be natural materials for the purposes of this chapter [article] shall include, but not be limited to, wood, stone and soft textured brick. Although plastic, plywood, pressed board, drywall, wood or metal paneling and sheet metal are generally excluded from this definition, consideration will be given to synthetic materials which simulate the appearance of a natural material through the manufacturing process and meet the intent of this chapter [article].

24. *Nonconforming sign* means any advertising structure or sign which was lawfully erected and maintained prior to the effective date of this chapter [article], and any amendments thereto, and which fails to conform to all applicable regulations and restrictions of this chapter, or a sign for which a permit was previously issued that does not comply with the provisions of this chapter [article].

25. *Off-premises sign* means a sign which contains a message unrelated to a business or profession conducted on the subject property or which relates to a commodity, service or activity not sold or offered upon the premises where such sign is located. In an agricultural setting, the purpose of the off-premises advertisement signs is to permit the producer to make the public aware of produce for sale. The sign shall include the name of the producer, the type of produce available and directional information to assist the motoring public in locating the producer's agricultural area. Additional information may be indicated at the option of the producer.

26. *On-premises sign* means a sign which advertises only goods, services, facilities, events or attractions available on the premises where located, or identifies the owner or occupant or directs traffic into or from the premises.

27. *Periodic change sign* means a sign where the wording, image, description, display or illustration changes at regular intervals of time. A sign on which the only copy that changes is an electronic or mechanical indication of time, temperature, or stock market quotation shall be considered a "time, temperature, stock market" portion of a sign and not a periodic change sign for purposes of this chapter.

28. *Pole sign* means a freestanding sign with a visible support structure or with the support structure enclosed with a pole or pylon cover.

29. *Political sign* means a sign wherein the message states support for or opposition to a candidate for political office, a political party, a political issue, or a political viewpoint.

30. *Portable sign* means a sign that is freestanding, not permanently anchored or secured to a building and not having supports or braces permanently secured in the ground, including but not limited to, sandwich signs, A-frame signs, inverted "T" signs, and signs mounted on wheels so as to be capable of being pulled by a motor vehicle.

31. *Premises* means any site on which the development under consideration is located.

32. *Project announcement sign* means a temporary ground sign used to announce the name and nature of a project or general information concerning rental or sales.

33. *Projecting sign* means a sign that extends perpendicular to a wall surface.

34. *Roof sign* means a sign that extends more than 24 inches above the roofline.



## 6A.01.33 Roof Sign

Roof Sign

35. *Roofline* means the edge of a roof or parapet, whichever is higher, excluding any cupolas, pylons, chimneys, or other minor similar projections. See also:*eave line*.

36. *Sign* means a structure which includes the name, identification, image, description, display or illustration which is affixed to, painted or represented directly or indirectly upon a building, structure or parcel of land, and which directs attention to an object, product, place, activity, facility, service, event, attraction, person, institution, organization or business, and which is visible from any street, right-of-way, sidewalk, alley, park or other public property. Customary displays of merchandise or objects and material without lettering placed behind a store window are not signs. This definition includes the base, frame and support members of the sign.

37. *Sign height* is the measurement to the top point of the sign structure from the finished elevation of the sidewalk nearest to the sign for ground signs located at the right-of-way; and the measurement to the top point of the sign structure from the average elevation at the base of the sign for all other signs.



## 6A.01.36 Sign Height

Sign Height

(Supp. No. 57, Update 1)

Created: 2022-12-15 13:51:37 [EST]

38.   *Sign setback.* Where it is specified that a sign must be located a minimum or other certain distance from property lines or public rights-of-way, such distance will be measured from the portion of the sign structure nearest to such specified line. For the purpose of this measurement, the property lines and public right-of-way lines extend vertically and perpendicularly from the ground to infinity.

39.   *Site* means a recognized parcel or collection of parcels proposed for or containing existing development. A site can consist of more than one parcel of land. A multiple-tenant and/or multiple-building development on a series of integrated individual parcels constitutes a single site. A separate parcel located within a multi-tenant and/or multiple-building development (also known as an out parcel or outlot) shall be considered a separate site if: the parcel has frontage on a public road; and, the parcel is not dependant upon the parcels or parcels on which the remaining multi-tenant and/or multiple-building development is located for access to a public road.

40.   *Theater sign* means a sign not exceeding 12 square feet in area designed for theaters to allow the changeable display of feature shows, films, or other performances.

41.   *Under-canopy sign* means a sign mounted under a canopy directed to pedestrians and usually mounted perpendicular to the facade it means to identify. Under-canopy signs are also known as blade signs.



## 6A.01.40 Blade/Under Canopy Sign

Blade/Under Canopy Sign

42.   *Wall sign* means a sign that is directly attached to a wall of a building and neither extends more than 12 inches from the wall nor projects above the roofline. On a gable end wall, a wall sign may project above the eave line, so long as the sign does not project beyond the roof line.



## 6A.01.41 Wall Sign

Wall Sign

(Ord. of 9-26-2006; Ord. of 12-20-2007)


## 6A.02. Purpose.

The purpose of this chapter is to promote the general safety and welfare of the public by regulating and controlling all public and private graphics communications and displays.

(Ord. of 9-26-2006)


## 6A.03. Compliance.

It shall be unlawful to construct, display, install, change, have, or cause to be constructed, displayed, installed or changed any sign upon any property within the township in violation of the requirements of this chapter.

(Ord. of 9-26-2006)


## 6A.04. Interpretation; conflicts with other ordinances.

The provisions of this chapter [article] shall be construed, if possible, in such manner as to make such provisions compatible and consistent with the provisions of all existing and future zoning and other ordinances of the township and all amendments thereto; provided, however, that where any inconsistency or conflict cannot be avoided, then the most restrictive of such inconsistent or conflicting provisions shall control and prevail. If there is believed to be a conflict between the stated intent and any specific provisions of this chapter, the zoning board of appeals may, in accordance with established procedures, permit modification of such specific provisions while retaining the intent in such appealed instance.

(Ord. of 9-26-2006)

### 6A.05. Notice of violation; issuance of appearance ticket.

If a violation of this chapter is noted, the ordinance inspector will notify the owner of record and the occupant of the property of the violation. Such notice shall specify the violation and the time within which the corrective action must be completed. This notice may be served personally or by mail. If the property is not in compliance with this chapter at the end of the period specified in the notice of violation, an appearance ticket may be issued.

(Ord. of 9-26-2006)

### 6A.06. Nonconforming signs.

1. The regulations established in the zoning ordinance for nonconforming structures shall also be applicable to signs which exist on the effective date of this Ordinance [Ordinance of September 26, 2006] where such signs fail to comply with the provisions described in this chapter. The elimination of nonconforming signs is hereby declared to be a public purpose and for a public service. The township board may initiate proceedings and prosecute for condemnation of nonconforming signs under the power of eminent domain in accordance with Public Act No. 149 of 1911 (MCL 213.21 et seq.) or other appropriate statutes.

2. Nothing in this chapter shall relieve the owner or user of a nonconforming sign, or the owner of property on which the nonconforming sign is located, from the provisions of this chapter regarding safety and maintenance of the sign.

3. Whenever an addition or modification to an existing site requires submittal and approval of a site plan pursuant to section 27.02 of the zoning ordinance, any nonconforming sign shall be brought into conformance with the provisions of this chapter.

(Ord. of 9-26-2006)

### 6A.07. Applicability of state construction code.

Except as otherwise indicated in this chapter, the regulations of the state construction code as adopted by the township shall apply to signs. Where the provisions of this chapter [article] are more restrictive in respect to location, use, size or height of signs, the limitations of this chapter [article] shall take precedence over the regulations of the state construction code.

(Ord. of 9-26-2006)

### 6A.08. Permit required.

It shall be unlawful to construct, display, install, change or cause to be constructed, displayed, installed, or changed, a sign requiring a permit upon any property within the township without first obtaining a sign permit.

(Ord. of 9-26-2006)

### 6A.09. Exemptions from permit requirement.

The following signs are permitted without a sign permit in all zoning districts where the principal permitted use to which they are related is a permitted use in that district:

Created: 2022-12-15 13:51:37 [EST]

(Supp. No. 57, Update 1)

1. Address numbers, nameplates (including apartment units and office suites) identifying the occupant or address of a parcel of land and not exceeding three square feet in area. All address numbers shall comply with the provisions of chapter 62, article III.

2. Memorial signs or tablets, not to exceed eight square feet in area, containing the name of the building and date of erection, when cut into any masonry surface or constructed of bronze or other incombustible material and affixed to the exterior wall of the building.

3. Signs painted on or permanently attached to legally licensed vehicles which are used upon the highways for transporting persons, goods or equipment.

4. Traffic or other municipal signs, including, but not limited to, the following: legal notices, historic site designations, municipal facility directional signs, street or traffic signs, railroad crossing signs, and danger and other emergency signs as may be approved by the township board or any federal, state or county agency having jurisdiction over the matter of the sign. Such signs may be located in any zoning district. However, all signs on governmental property on which a municipal building is located shall meet the commercial and industrial zoning district requirements in section 102-35.

   Pursuant to Chapter 247 of the Wayne County Code, the County may permit the display of signs, banners or decorations along or over county roads, pursuant to MCL 257.615. Such display may be permitted for any civic, holiday, charitable, school, social or club purpose but may not be permitted for political campaigning nor for commercial advertising. Any banner, sign or decoration which is displayed without a county permit shall promptly and without notice be removed by the county roads and engineering division, or other approved designee. The permit number shall be prominently exhibited upon each item of a display.

5. Reserved.

6. For gasoline service stations, the following special sign, which is deemed customary and necessary to their respective businesses: customary lettering or other insignia on a gasoline pump consisting of brand of gasoline sold, lead warning information, and any other data required by law and not exceeding a total of three square feet on each pump. Such signs shall carry no commercial messages.

7. One sign advertising parcels of land or buildings for rent, lease or sale, when located on the land or building intended to be rented, leased or sold, not exceeding six square feet in area, four feet in height in residential districts, and 24 square feet in area, six feet in height in office, commercial and industrial districts. One sign is permitted per parcel that fronts on a public street. All signs reflecting zoning classifications must be accurate with the current zoning designation. An additional 18 square feet of sign area will be permitted if the sign faces the I-275 freeway and if the property is adjacent to the I-275 freeway. Such signs are subject to the maintenance and structural requirements for signs in the state construction code.

8. Institutional use bulletin boards, not to exceed 18 square feet in area and not to exceed six feet in height, including the frame and base of such sign, set back ten feet from any property line, for use by educational nonprofit institutions licensed by the state, houses of worship or other public entities.

9. Flags of government, civic, philanthropic, educational, and religious organizations and other public or private corporations or entities; provided, however, that only one flag bearing the seal or trademark of a private organization may be displayed by an individual establishment or proprietor of any single building or parcel of land. A flag pole is considered a structure, and is subject to all height regulations affecting structures.

10. Signs of a primarily decorative nature, not used for any commercial purpose and commonly associated with any national, local or religious holiday; provided that such signs shall be displayed for a period of not more than 60 consecutive days, and shall not be displayed for more than 120 days in any one year.

11. Political signs shall be permitted on all occupied lots regardless of zoning, provided such sign is located and placed with the permission of the owner or lawful occupant of the lot or parcel where such sign is located, and provided that such sign does not violate any other provision of this ordinance [Ordinance of September 26, 2006].

12. For model homes within a subdivision, one sign per model, which shall not exceed two square feet in area or four feet in height, including the frame and base of such sign, when located within the front yard setback, for the purpose of identifying the model style.

13. Open house and garage sale signs. Temporary signs used to advertise garage sales and the public showing of a single family residence, condominium unit, or apartment to potential purchasers. The following regulations shall apply to open house and garage sale signs:

    a. Size and height. The signs shall not have a total surface area greater than six square feet per face and shall not exceed a height of four feet above grade.

    b. Number. No more than five open house or garage sale signs in total, including the directional signs, shall be permitted to be placed to provide directions to the residence advertised for sale or garage sale including: One open house or garage sale sign shall be permitted at the residence advertised for sale; no more than one open house or garage sale sign may be placed at each neighborhood entrance; and, up to four directional signs may be permitted within the neighborhood. Open house and garage sale signs shall not be placed further away from the place of sale than the distance between the neighborhood entrance and the residence advertised for sale.

    c. Duration. Open house signs shall be displayed only on the day on which the residence is held open to the public as an open house. Garage sale signs may not be displayed for more than three days. Community-wide garage sale signs may not be displayed for more than seven days.

    d. Location. Open house and garage sale signs shall not: be placed in any public road right-of-way; on private property without the consent of the property owner; be placed on private property which would result in creation of a traffic hazard by obstructing the vision of motorists, or obstruct the visibility of any traffic sign or traffic control device on any public street; use electricity, or be illuminated; nor be permanently anchored or secured to either the ground, a building, or a structure.

14. One sign identifying on-site construction activity, during the time of construction, not exceeding 24 square feet in area, except in connection with individual single-family detached residential construction, which sign shall not exceed six square feet in area. Such signs shall not exceed six feet in height, and shall be removed before an occupancy permit is issued.

15. Signs temporarily erected for municipal construction projects to inform the public of the nature of the project or anticipated completion dates, which shall be permitted in all zoning districts, subject to a maximum size of 24 square feet in area and six feet in height.

16. Help wanted signs not exceeding six square feet in area and four feet in height, which may be displayed on private property for a period of up to four weeks at a time and not more than four times within each calendar year.

17. Blade under-canopy signs hung below the canopy or eave of a multiple tenant project intended to direct pedestrians under the sheltered area in areas where the tenant primary signage is not visible. Such signs must not exceed 42 inches in width and must not extend more than 18 inches from the mounting hardware or bracket attached to the underside of the canopy or eave. The mounting bracket may not extend more than six inches from the underside of the canopy or eave. The minimum required headroom clearance under the blade sign must be provided as required by the building code.

Created: 2022-12-15 13:51:38 [EST]

(Supp. No. 57, Update 1)

(Ord. of 9-26-2006; Res. of 6-12-2008; Amend. of 10-20-2009)

## 6A.10. Rezoning signs.

Whenever an application for rezoning is made, the following requirements shall be met:

1.  A four-foot by eight-foot sign shall be erected in full public view along road frontage at least 15 days prior to a public hearing on the property which is the site of the rezoning; provided, however, if the property to be rezoned is situated on two streets or roads abutting the subject property, then two signs, one for each road, shall be required.

2.  A permit and bond shall be required.

3.  The sign shall read as follows:

    a.  At the top of the sign, the words "This property proposed to be rezoned," or other applicable language, shall appear.

    b.  The sign shall contain the name of the real party interested in asking for a zoning change.

    c.  The sign shall contain what the present zoning is at the time of petition.

    d.  The sign shall contain the proposed or requested zoning sought and amount of acreage involved (map with dimensions).

    e.  The sign shall contain the proposed general use of the land if the zoning is successful.

    f.  The sign shall contain the date and place of the public hearing on the rezoning.

4.  It shall be the duty of the petitioner to erect, maintain and remove the sign. Removal shall be within three days after the public hearing.

5.  If the township determines the need to consider rezoning certain land areas, the regulations of this section will not be applicable. The township will endeavor to carry out the erection of rezoning signs unless an agreement cannot be reached with the property owner for the erection of the sign. The township may proceed with consideration of the rezoning in accordance with the other appropriate provisions of the zoning ordinance.

(Ord. of 9-26-2006)

## 6A.11. Signs prohibited in all districts.

The following signs are considered to be unsafe, dangerous, hazardous or an attractive nuisance, therefore these signs shall not be permitted, erected, or maintained in any zoning district unless the applicant requesting a variance from this section can substantiate to the building official, fire chief and police chief that the applicant's specific use of a sign listed in this section will not be dangerous, hazardous, or an attractive nuisance. If these officials unanimously agree that the specific use of the sign requested is not dangerous, hazardous, or an attractive nuisance, and the zoning board of appeals has granted a variance in accordance with the variance procedures, then the building official shall issue a permit for such requested use.

1.  Signs which incorporate in any manner any flashing or moving lights, including strobe lights, whether they are mounted indoors or outdoors, if they are visible from the outdoors.

2.  Banners, pennants, spinners and streamers, and inflatable figures, except as specifically permitted in accordance with sections 6A.09.5 and 10 and 6A.15.

3. String lights used in connection with commercial premises for commercial purposes, except holiday uses not exceeding nine weeks in any calendar year.

4. Any sign which moves or has any moving or animated parts, or images, whether the movement is caused by any mechanical, electronic or electrical device or wind or otherwise, including swinging signs and strings of flags or streamers, or cloth flags moved by natural wind except as permitted in section 6A.09.10. Such a prohibition shall not pertain to public message signs on governmental property and those on public property which display time, temperature or stock market quotation signs.

5. Any sign or sign structure which:

   a. Is structurally unsafe;

   b. Constitutes a hazard to the safety or health of persons or property by reason of inadequate design, fabrication, mounting or maintenance or by abandonment thereof;

   c. Is not kept in good repair; or

   d. Is capable of causing electrical shocks to persons that may come in contact with it.

6. Any sign which by reason of its size, location, content, coloring, intensity, or manner of illumination constitutes a traffic hazard or a detriment to traffic safety by obstruction of visibility of any traffic sign or control device on any public street or road.

7. Any sign which obstructs free ingress or egress to or from a required door, window, fire escape, driveway or other required access route.

8. Signs which make use of words such as "stop," "look," or "danger" or any other words, phrases, symbols or characters in such a manner as to interfere with, mislead or confuse drivers of vehicles traveling upon any highway, driveway or parking area.

9. Any sign or other advertising structure or display which conveys, suggests, indicates or otherwise implies by pictures, drawings, words, emblems, logos, or other communication methods the following:

   a. Human genitalia.

   b. Specified sexual activities as defined in section 18-141.

   c. Adult nude human bodies.

   d. Obscene words.

   e. Obscene gestures.

10. Any sign which no longer advertises a bona fide business or product sold. Such signs shall be removed by the property owner within 30 calendar days after a business closes or vacates the premises.

11. Any sign, except traffic or other municipal signs, as permitted in section 6A.09(4), that is located in or projects into or over a public right-of-way, publicly dedicated easement, or publicly owned property.

   In any proceeding for violation of this section, the court may presume that the person, business, candidate, committee or other entity displayed on the sign, or the person, business, candidate, committee or other entity to whom a phone number, e-mail address, or event address displayed on the sign, was assigned is the person, business, candidate, committee or other entity, that unlawfully displayed the sign. Violation of this section is a civil infraction punishable as follows: first offense, $200.00 fine; second offense, $400.00 fine; third or subsequent offense, $600.00 fine.

12. Any sign that exceeds the height limitation for structures in the zoning district in which it is located, or a wall sign that extends beyond or above the structure to which such sign is affixed, except as may specifically be provided for in other provisions.

Created: 2022-12-15 13:51:38 [EST]

(Supp. No. 57, Update 1)

13. Placards, posters, circulars, showbills, handbills, cards, leaflets or other advertising matter, except as otherwise provided in this chapter, when posted, pasted, nailed, placed, printed, stamped or in any way attached to any fence, wall, post, tree, sidewalk, pavement, platform, pole, tower, curbstone or surface in or upon any public easement, right-of-way or on any public or private property whatsoever. Nothing in this section shall prevent official notices of the township, school districts, or county, state or federal government from being posted on any public property deemed necessary. All placards, posters, circulars, showbills, handbills, political signs, cards, leaflets or other advertising matter posted, pasted, nailed, placed, printed, or stamped on any right-of-way or public property may be removed and disposed of by the township without regard to other provisions of this chapter.

In any proceeding for violation of this subsection within a publicly dedicated easement, public right of way, or public property, the court may presume that the person, business, candidate, committee, or other entity displayed on the placard, poster, circular, show bill, handbill, card, leaflet or other advertising matter, or the person, business, candidate, committee, or other entity to whom a phone number, e-mail address, or event address displayed on the placard, poster, circular, show bill, handbill, political signs, cards, leaflet, or other advertising matter was assigned, was the person, business, candidate, committee, or other entity that unlawfully displayed the placard, poster, circular, show bill, handbill, card, leaflet, or other advertising matter. Violation of this section is a civil infraction punishable as follows: first offense, $200.00 fine; second offense, $400.00 fine; third or subsequent offense, $600.00 fine.

14. The parking of a vehicle or trailer on a public right-of-way or on public or private property, on an ongoing and/or continuing basis, so as to be visible from a public right-of-way, if the vehicle has attached thereto or located thereon any sign or advertising device which has the effect of providing advertisement of products or directing people to a business or activity located on the same or nearby property or any other premises.

15. Any sign greater than four feet in height that is suspended by chains or other devices that will allow the sign to swing due to wind action. The zoning board of appeals shall have the power to grant relief from the strict application of this provision when the applicant can show that the intent of this provision will be achieved through alternative means and result in a sign that is more in keeping with the architectural character and more in harmony with the design of the development it serves and with surrounding properties.

16. Bench signs.

17. Commercial signs erected on bus stop shelters.

18. Ground signs within 100 linear feet of an existing ground sign.

19. Roof signs.

20. Ground signs which identify more than one business within a multi-tenant building or multiple-building site, unless otherwise permitted through the approval of a master sign plan as provided for in section 6A.22

21. Portable signs, except as provided in section 6A.18

22. Any sign placed upon a cart corral or cart return other than signage indicating the intended function of the corral or return and which does not carry a commercial message.

23. Animated signs.

24. Add-on signs.

25. Pole signs.

(Ord. of 9-26-2006; Ord. of 2-13-2007)

Created: 2022-12-15 13:51:38 [EST]

(Supp. No. 57, Update 1)

## 6A.12. Signs permitted in all single-family residential districts

| Zoning Districts | Sign Type | Number | Locations | Area Maximum | Height Maximum | Special Regulations |
|---|---|---|---|---|---|---|
| All single-family residential districts | Subdivision development ground signs | one per subdivision entrance | Adjacent to a subdivision entranceway; shall not be located within ten feet of any road or street right-of-way | 24 square feet; shall not exceed 8 feet in length | Six feet (sign support shall not extend more than two feet from the ground area to the sign) | • Valid for a two-year period.<br>• Permits issued for this type of sign shall only be issued to the developer.<br>• Permit may be renewed yearly if at least five percent of the lots remain vacant and available and new homes remain under construction after the two-year period.<br>• Such signs shall be removed upon cessation of new home marketing within the subdivision, when 95 percent of all lots have been sold by the builder or when the permit expires, whichever occurs first. |
| | Subdivision homebuilder ground signs | One for each homebuilder within the subdivision | Within the subdivision and no closer than ten feet to any property line in front of each model home | 16 square feet | Five feet | • The homebuilder ground signs are permitted in addition to the one permitted for a subdivision for the general developer of the subdivision. |
| | Subdivision development off-premises temporary sign | One per subdivision development | No such sign may be erected within 10 feet of any road or street right-of-way and must be located on private property | 24 sq. feet | Six feet | • Permitted for a two-year period, which may be renewed yearly if at least five percent of the lots remain vacant and available and new homes are under construction.<br>• Such signs shall be removed when 95 percent of all lots in the subdivision have been sold by the builder. |

Created: 2022-12-15 13:51:38 [EST]

(Supp. No. 57, Update 1)

| | Residential subdivision entranceway ground signs | One per entrance or one sign on each side of the entrance where mounted or integrated into a residential entrance monument | On private property at least one foot away from all property lines; on boulevards, residential entranceway ground signs erected on private property shall meet all requirements as stated in this subsection and shall not be located closer than ten feet to the intersecting road right-of-way line. | 24 square feet of lettering | Six feet | • Shall not be constructed until the subdivision has received final plat or site plan approval.<br>• Shall only display the name of the subdivision.<br>• All entranceway ground signs erected on private property in a subdivision shall have a common design and be constructed of the same or similar materials throughout that subdivision.<br>• Signs within the public road right-of-way shall be approved by the county, state, or other governmental agency having jurisdiction. |

| Zoning Districts | Sign Type | Number | Locations | Area Maximum | Height Maximum | Special Regulations |
|---|---|---|---|---|---|---|
| All single-family residential districts | Pole-mounted, permanent, interchangeable, banners | Two per subdivision entrance | On a light pole or dedicated pole on private property at least one foot away from all property lines or within the median island of a boulevard and shall not be located within 10 feet of a | 10 square feet per banner | Each banner shall not exceed 2 feet in width or 5 feet in height | • Shall be decorative in nature and shall contain no commercial message or content. |

Created: 2022-12-15 13:51:38 [EST]

(Supp. No. 57, Update 1)

| | | public road right-of-way. | | | |
|---|---|---|---|---|---|
| Ground signs for churches, schools, and other nonresidential uses within residential zoning districts | One for each developed site. | Not closer than ten feet to any property line or to the edge of the pavement of any driveway entrance off of the right-of-way | 24 sq. feet | Six feet | • If an institutional use bulletin board is utilized as permitted in section 6A.09.8, no additional ground sign will be permitted.<br>• Shall be integrated into the landscape buffer design and shall be compatible with the design and materials used for the structures on the site.<br>• Masonry base shall have a minimum height of 18 inches and shall not exceed a height of 36 inches.<br>• The masonry base, at a minimum, shall be equal to the length of the sign.<br>• Masonry or other decorative features enclosing the sides or top of the face of the sign shall not extend beyond the maximum allowable width and height of the sign. |
| Golf course ground signs | One for each frontage on a public right-of-way with at least 86 feet in width (maximum of two) | Not closer than ten feet to any road right-of-way | 24 square feet | Six feet | NA |
| Project announcement signs | one | Shall not be located closer than | 24 square feet | Six feet | • Permitted after the development has received preliminary site plan or tentative preliminary plat approval from the |

Created: 2022-12-15 13:51:38 [EST]

(Supp. No. 57, Update 1)

| | | | ten feet to any property line | | | township board.<br>• This sign may remain until the first building permit is issued, at that time the sign must be removed. |
|---|---|---|---|---|---|---|
| All single-family residential districts | Wall signs for churches, schools, and other nonresidential uses within residential zoning districts | One for each developed site. | Shall not extend above the roofline, nor project more than 12 inches from the face of the building. | 50 square feet | See wall sign in section 6A.01.41. | • Where corporate logos are proposed for use as a wall sign, the logo shall not exceed 30 percent of the maximum permitted area. |

(Ord. of 9-26-2006; Res. of 6-12-2008)

Created: 2022-12-15 13:51:38 [EST]

(Supp. No. 57, Update 1)

### 6A.13. Signs permitted in single-family attached residential, multiple-family residential and mobile home park districts.

| Zoning Districts | Sign Type | Number | Locations | Area Maximum | Height Maximum | Special Regulations |
|---|---|---|---|---|---|---|
| Single-family attached residential (R-6), multiple-family residential (MR) and mobile home park (MHP) zoning districts | Multiple-family or mobile home development ground signs | One per multiple-family or mobile home entrance | Adjacent to a multiple-family or mobile home development entranceway; shall not be located within ten feet of any road or street right-of-way; limited to one along each bounding primary or secondary road | 24 sq. ft.; shall not exceed 8 ft. in length | Six feet | • May have such signs on a temporary basis, for a two-year period.<br>• The sign support shall not extend more than two feet from the ground area to the sign surface.<br>• Permits issued shall only be issued to the developer of the multiple-family or mobile home development.<br>• After the two-year period, sign permits may be renewed yearly if at least five percent of the lots or units remain vacant and available.<br>• Such signs shall be removed when 95 percent of all |

| | | | | | | lots or units have been sold or rented. |
|---|---|---|---|---|---|---|
| | Multiple-family or mobile home development off-premises temporary sign | One per multiple-family or mobile home development | No such sign may be erected within 10 feet of any road or street right-of-way. | 24 sq. feet | Six feet | • Permitted for a two-year period, which may be renewed yearly if at least five percent of the lots or units remain vacant and available or new units or lots are under construction.<br>• Such sign shall be for the purpose of directing traffic to the development's location.<br>• Such signs shall be removed when 95 percent of all lots in the subdivision have been sold by the builder. |

| Zoning Districts | Sign Type | Number | Locations | Area Maximum | Height Maximum | Special Regulations |
|---|---|---|---|---|---|---|
| Single-family attached residential (R-6), multiple-family | Multiple-family or mobile home entranceway ground signs | One per entrance or one sign on each side of the entrance where mounted or | On private property at least one foot away from all property lines; on | 24 sq. ft. of lettering | Five feet | • Shall not be constructed until the development has received site plan |

Created: 2022-12-15 13:51:38 [EST]

(Supp. No. 57, Update 1)

| | | integrated into a residential entrance monument | boulevards, residential entranceway ground signs erected on private property shall meet all requirements as stated in this subsection and shall not be located closer than ten feet to the intersecting road right-of-way line. | | | approval.<br>• Shall only display the name of the development.<br>• All entranceway ground signs erected on private property in a multiple-family or mobile home project shall have a common design and be constructed of the same or similar materials throughout development.<br>• Multiple-family or mobile home entranceway ground signs within the public road right-of-way shall be approved by the county, state, or other governmental agency having jurisdiction. |
| | Pole-mounted, permanent, interchangeable, banners | Two per multiple-family or mobile home | On a light pole or dedicated pole on private | 10 square feet per banner | Each banner shall not exceed 2 feet in | • Shall be decorative in nature and shall contain no |

Created: 2022-12-15 13:51:38 [EST]

(Supp. No. 57, Update 1)

|  |  | development entrance | property at least one foot away from all property lines or within the median island of a boulevard and shall not be located within 10 feet of a public road right-of-way. |  | width or 5 feet in height | commercial message or content. |
|---|---|---|---|---|---|---|
|  | Ground signs for churches, schools, and other nonresidential uses within residential zoning districts | One for each developed site. | Not closer than ten feet to any property line or to the edge of the pavement of any driveway entrance off of the right-of-way | 24 sq. feet | Six feet | • If an institutional use bulletin board is utilized as permitted in section 6A.09.8, no additional ground sign will be permitted. • Shall be integrated into the landscape buffer design and shall be compatible with the design and materials used for the structures on the site. • Masonry base shall have a minimum height of 18 |

Created: 2022-12-15 13:51:38 [EST]

(Supp. No. 57, Update 1)

|  |  |  |  |  |  | inches and shall not exceed a height of 36 inches. • The masonry base, at a minimum, shall be equal to the length of the sign. • Masonry or other decorative features enclosing the sides or top of the face of the sign shall not extend beyond the maximum allowable width and height of the sign. |

| Zoning Districts | | | Sign Type | Number | Locations | Area Maximum | Height Maximum | Special Regulations |
|---|---|---|---|---|---|---|---|---|
| Single-family attached residential (R-6), | multiple-family residential (MR) and | mobile home park (MHP) zoning districts | Wall sign for identification purposes | One for the clubhouse or office for a development site | Shall not extend above the roofline, nor project more than 12 inches from the face of the building | 24 sq. feet | See *wall sign* in Section 6A.01.41 | • Where corporate logos are proposed for use as a wall sign or as part of the overall wall sign, the logo shall not exceed 30 percent of the maximum |

Created: 2022-12-15 13:51:38 [EST]

(Supp. No. 57, Update 1)

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | permitted area. |
| | Project announcement signs | One | Shall not be located closer than ten feet to any property line | 24 square feet | Six feet | • Permitted after the development has received site plan approval.<br>• This sign may remain until the first building permit is issued, at that time the sign must be removed. |
| | Golf course ground signs | One for each frontage on a public right-of-way, maximum of two; each right-of-way must have a minimum road right-of-way width of 86 feet | Not closer than ten feet to any road right-of-way | 24 square feet | Six feet | NA |

(Ord. of 9-26-2006)

## 6A.14. Signs permitted in office, mid-rise development and high-rise development districts.

| Zoning Districts | Sign Type | Number | Locations | Area Maximum | Height Maximum | Special Regulations |
|---|---|---|---|---|---|---|
| Office districts (O-1), mid-rise development districts (MRD) | Wall signs, awning signs, and projecting signs | One for any development site with one or more buildings | Shall not extend above the roofline, nor project more than 12 inches | Shall not exceed 50 square feet | See *wall sign* in Section 6A.01.41 | • Shall meet the legibility and design requirements of section 6A.25.<br>• Corner lots shall be provided 150 percent of the otherwise |

Created: 2022-12-15 13:51:38 [EST]

(Supp. No. 57, Update 1)

|  |  |  | from the face of the building. A projecting sign may not project more than 24 inches. |  |  | permitted total wall sign area calculated in accordance with section 6A.23.<br>• When a wall sign is used in conjunction with an awning sign and/or a projecting sign, the total square footage allowed for all together shall not exceed the maximum square footage that would be allowed for a wall sign.<br>• A projecting sign may not exceed 9 square feet in area<br>• Where corporate logos are proposed for use as a wall sign or as part of the overall wall sign area, the logo shall not exceed 30 percent of the maximum permitted area. |
|---|---|---|---|---|---|---|
|  | Ground signs | One for each developed site. | Not closer than ten feet to any property line or to edge of pavement of any driveway | 24 sq. ft.; shall not exceed 12 ft. in length | Six feet | • All ground signs must meet the legibility and design requirements of section 6A.25. |

Created: 2022-12-15 13:51:38 [EST]

(Supp. No. 57, Update 1)

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | entrance off of the right-of-way. | | | |
| | Project announcement signs | One | Shall not be located closer than ten feet to any property line | 24 square feet | Six feet | • Permitted after the development has received site plan approval.<br>• This sign may remain until the first building permit is issued, at that time the sign must be removed. |
| | Automated teller machine sign | NA | Located on ATM Machine or ATM Machine cabinet | 3 square feet; this area is inclusive of any graphics and lettering | NA | • Graphics for the purpose of this definition are any colors or designs other than the principal color of the machine. |

;adv=6q:(Ord. of 9-26-2006)

## 6A.15. Signs permitted in all commercial and industrial districts.

| Zoning Districts | | Sign Type | Number | Locations | Area Maximum | Height Maximum | Special Regulations |
|---|---|---|---|---|---|---|---|
| All commercial and industrial zoning districts | (C-1, C-2, C-3, C-4, LIR, LI-1, LI-2, and GI) | Wall signs, awning signs, and projecting signs | NA | Shall not extend above the roofline, nor project more than 12 inches from the face of the building. A projecting sign may | Permitted wall sign area shall be calculated in accordance with section 6A.17 | See *wall sign* in section 6A.01.41 | • Shall meet the legibility and design requirements of section 6A.25.<br>• Corner lots shall be provided 150 percent of the otherwise permitted total wall sign area calculated in accordance with section 6A.23.<br>• When a wall sign is used in conjunction with an awning sign and/or a projecting sign, the total square footage allowed for all together shall not |

(Supp. No. 57, Update 1)

Created: 2022-12-15 13:51:38 [EST]

| | | | | | |
|---|---|---|---|---|---|
| | | not project more than 24 inches. | | | exceed the maximum square footage that would be allowed for a wall sign.<br>• A projecting sign may not exceed 9 square feet in area<br>• Where corporate logos are proposed for use as a wall sign or as part of the overall wall sign area, the logo shall not exceed 30 percent of the maximum permitted area. |
| | Window signs | Two per window surface | NA | 25 percent of the total surface of the window to which the sign is affixed | NA | • Do not require a permit.<br>• Window signs may not be applied to a window area within 3 feet of a door. |
| | Canopy signs | NA | Shall not project further than the canopy support structure | Eight square feet | NA | • No permit is required for a canopy sign.<br>• Minimum clearance shall be ten feet from the average grade of the parcel to the bottom of the sign. |
| | Ground signs | One for each developed site. | Not closer than ten feet to any property line or to edge of pavement of any driveway entrance off of the right-of-way. | 24 sq. ft.; shall not exceed 12 ft. in length | Six feet | • All ground signs must meet the legibility and design requirements of section 6A.25. |

Created: 2022-12-15 13:51:38 [EST]

(Supp. No. 57, Update 1)

| Zoning Districts | Sign Type | Number | Locations | Area Maximum | Height Maximum | Special Regulations |
|---|---|---|---|---|---|---|
| All commercial and industrial zoning districts (C-1, C-2, C-3, C-4, LIR, LI-1, LI-2, and GI) | Temporary cloth or canvas signs, pennants or banners | NA | NA | The total square footage allowed for a banner sign shall not exceed what is permitted for a wall sign | NA | • May be displayed for a total period of up to eighteen weeks within the calendar year that the first permit was applied for.<br>• Six permits may be issued per calendar year. Each permit shall allow banners or termporary signs to be displayed for up to but not exceeding three weeks.<br>• Such signs must be attached to a building. |
| | Pole-mounted, permanent, interchangeable, banners | The maximum ratio of banners to light poles shall be 1:3 | On a light pole or dedicated pole on private property at least one foot away from all property lines or within the median island of a boulevard and shall not be located within 10 feet of a public road right-of-way. | 10 square feet per banner | Each banner shall not exceed 2 feet in width or 5 feet in height | • Shall be decorative in nature.<br>• Shall contain no commercial message or content.<br>• Up to two banners may be located on a single light pole or dedicated banner pole. |

Created: 2022-12-15 13:51:38 [EST]

(Supp. No. 57, Update 1)

|  | Menu order and similar drive-through assistance signs | One for each drive-through lane. | At the point of vocal communication with the main building | 24 square feet | NA | NA |
|---|---|---|---|---|---|---|
|  | Project announcement signs | One | Shall not be located closer than ten feet to any property line | 24 square feet | Six feet | • Permitted after the development has received site plan approval.<br>• Sign may remain until the first building permit is issued, at that time the sign must be removed. |
|  | Township governmental property sign | NA | NA | NA | NA | • A changeable copy sign/reader board may be installed in addition to what is otherwise permissible within this section. |

| Zoning Districts | Sign Type | Number | Locations | Area Maximum | Height Maximum | Special Regulations |
|---|---|---|---|---|---|---|
| All commercial and industrial zoning districts | Automated teller machine | NA | Located on ATM Machine or ATM Machine cabinet | 3 square feet; this area is inclusive of any graphics and lettering | NA | • Graphics for the purpose of this definition are any colors or designs other than the principal color of the machine. |
|  | Multiple tenant signs | In accordance with | In accordance with | In accordance with | In accordance with | • Permitted only when in accordance with section 6A.22 |

Created: 2022-12-15 13:51:38 [EST]

(Supp. No. 57, Update 1)

| | | section 6A.22 | section 6A.22 | section 6A.22 | section 6A.22 | and meeting the requirements established for such signs therein. |
|---|---|---|---|---|---|---|

(Ord. of 9-26-2006; Ord. of 10-12-2010; Ord. of 7-11-2017(1), § 1)

## 6A.16. Signs permitted in agricultural, rural residential and rural estate districts.

| Zoning Districts | Sign Type | Number | Locations | Area Maximum | Height Maximum | Special Regulations |
|---|---|---|---|---|---|---|
| Agricultural (RA), rural residential (RR) and rural estate (RE) zoning districts | Wall sign | One for each permitted agricultural or open space recreation use | Shall not extend above the roofline, nor project more than 12 inches from the face of the building | Permitted wall sign area shall be calculated in accordance with section 6A.17 | See *wall sign* in section 6A.01.41 | • Where corporate logos are proposed for use as a wall sign or as part of the overall wall sign, the logo shall not exceed 30 percent of the maximum permitted area. |
| | Ground sign | One for each developed site where a conforming use exists | Must be setback a minimum of 10 feet from any property line | 24 sq. feet | Six feet | NA |
| | Off-premises ground sign | One for each bona fide producer of agricultural products | Must be setback a minimum of 10 feet from any property line and 100 feet from any other | 24 sq. feet | Six feet | • Shall not advertise any products or services other than the availability of bona fide agricultural produce raised by the producer. • Permits may be obtained for a maximum period of six consecutive |

Created: 2022-12-15 13:51:38 [EST]

(Supp. No. 57, Update 1)

| | | | ground sign | | | months in any calendar year.<br>• Permit applicants shall present letter indicating permission has been received from the landowner to place the sign upon his property.<br>• A cash bond shall be posted to guarantee removal of such signs.<br>• Signs shall be removed within 48 hours of permit expiration. |
|---|---|---|---|---|---|---|
| | Project announcement signs | One | Shall not be located closer than ten feet to any property line | 24 square feet | Six feet | • Permitted after development has received site plan approval.<br>• Sign may remain until the first building permit is issued, at that time the sign must be removed. |
| | Golf course ground signs | One for each frontage on a public right-of-way, maximum of two; each right-of-way must have a minimum road right-of-way width of 86 feet | Not closer than ten feet to any road right-of-way | 24 square feet | Six feet | NA |

Created: 2022-12-15 13:51:38 [EST]

(Supp. No. 57, Update 1)

(Ord. of 9-26-2006)

Created: 2022-12-15 13:51:38 [EST]

(Supp. No. 57, Update 1)

### 6A.17. Wall sign area scale.

The maximum permitted wall sign area is based on a function of setback and the width in feet of the longest side of the building facing a parking lot, private drive, or road. The total square footage for a wall sign or awning sign or combination of both in this setback range shall be determined by multiplying one square foot by the total feet in width of the building or legally occupied tenant space. The total wall sign area shall not exceed the permitted maximums established by the following table:

| Setback from right-of-way of structure to which wall sign will be affixed | Area maximum per building or tenant space |
| --- | --- |
| 0 feet to 299.9 feet | 100 square feet |
| 300 feet to 599.9 feet | 200 square feet |
| 600 feet or greater | 300 square feet |



## Setback



## 6A.17 Sign Area

- Sign Area Calculation:
  Linear Frontage of Building or Tentant Space X one square foot = Total sqaure foot of Wall Sign (A x B)

Created: 2022-12-15 13:51:38 [EST]

(Supp. No. 57, Update 1)

<u>Sign Area</u>

Refer to Section 6A.23, Sign bonuses, to determine whether the building or tenant space qualifies for additional wall sign area.

(Ord. of 9-26-2006; Ord. of 2-13-2007)

## 6A.18. Portable and temporary community non-profit event signs.

A.  *On-site portable signs:* Nonprofit religious organizations and other similar community non-profit organizations may utilize a portable sign for the purpose of advertising the time and place of worship services or other meetings or special events open to the public. Such sign may not exceed six square feet in area or four feet in total height. The sign shall not exceed two feet in horizontal width. The sign must be located so as not to disrupt or create a safety hazard for pedestrian or vehicular movement. A sign permit is required. However, such portable sign will be permitted only if the nonprofit organization is not permitted other permanent ground signs on the property. The portable sign utilized by the nonprofit organization may not be placed closer than three feet to any road right-of-way.

B.  *Off-site community event signs:* Signs proposed to be placed off-site shall meet the same size and placement requirements as on-site portable signs portable signs as described in paragraph A above. The signs may only be placed in conjunction with an special event approved pursuant to section 2.07B. A sign permit shall be required and the sign plan shall indicate on a map all of the locations the community event organizer has owner approval to place the signs. The signs may be erected no earlier than one week prior to the event and shall be removed within 48 hours after the end of the event.

(Ord. of 9-26-2006; Amend. of 10-20-2009)

## 6A.19. Gasoline service station signs.

Gasoline service stations may display the following special signs which are deemed customary and necessary to their respective businesses. None of the following signs shall have commercial messages or represent an add-on sign as defined by this Ordinance [Ordinance of September 26, 2006]. Sign permits shall be required for such signs.

1.  No more than two signs, each sign not exceeding six square feet in area, may be placed on a gasoline pump island for the purpose of displaying gasoline prices.

2.  No more than two signs, each sign not exceeding six square feet in area, may be placed on a gasoline pump island for the purpose of designating "attendant served" or "self-serve."

(Ord. of 9-26-2006)

## 6A.20. Theater signs.

A single wall sign not exceeding 12 square feet in area may be permitted in addition to other permitted wall signage for theaters to allow the changeable display of feature shows, films, or other performances. The copy on the sign may not be changed more than once daily. Such signs shall require permits.

(Ord. of 9-26-2006)

Created: 2022-12-15 13:51:38 [EST]

(Supp. No. 57, Update 1)

## 6A.21. Directional signs.

Signs not exceeding six square feet and four feet in height which contain only noncommercial messages including designation of restrooms, drive entrances and exits, telephone locations and directions to door openings are directional signs. Such signs shall require permits.



**6A.21 Directional Sign**

## 6A.22. Master sign plans.

For multiple-tenant nonresidential development in the commercial and industrial districts, a master sign plan shall be submitted as part of a required site plan submission, a building addition to an existing site, or revision to an approved site plan. Multiple tenant signs and directional signs with tenant commercial enterprises are allowed only when approved as part of a master sign plan. A master sign plan shall include all proposed signs or sign locations for the entire multiple-tenant nonresidential development, including defined wall sign spaces for tenants (tenant sign space), a ground sign or multiple tenant sign, directional signs, etc.

1.  Application: an application for master sign plan approval shall include:

    a.  A master sign plan, drawn to scale showing the location and dimensions of all proposed signs;

    b.  Technical descriptions and color illustrations of all signs indicating their materials, structural and electrical specifications, and any additional information necessary to satisfy the requirements of state and local construction codes; and

    c.  Facade elevations in color with full dimensions of any structures upon which wall signs are proposed, indicating the intended general location of the proposed signs.

2.  From the effective date of this ordinance [Ordinance of September 26, 2006], no signs for any multiple-tenant non-residential development shall be erected or altered (not including the changing of tenant space signs) without an approved master sign plan. If the structure, dimensions, location, or number of any existing signs of an existing multiple-tenant nonresidential development are altered in any way, master sign plan approval shall be required. All new multiple-tenant non-residential developments shall require master sign plan approval.

3.  A master sign plan shall be reviewed and approved by the planning commission. The planning services division may review and approve master sign plans for existing developments. No permits for the construction of signs on any multiple-tenant nonresidential development shall be issued until a master sign plan has been approved for the site in question, unless the permit involves only the changing of a tenant sign in a defined tenant sign space on ground sign or the changing of a wall sign to accommodate a new or former tenant.

4.  Design requirements for sign types only permitted as part of a master sign plan:

    a.  Multiple tenant signs for projects of less than 40,000 square feet. Small site multiple tenant signs area and maximum dimensions for small-site multiple tenant signs for projects less than 40,000 square feet in gross floor area shall be permitted pursuant to this section in accordance with the following:

| Zoning Category | Number of signs permitted | Area maximum | Height maximum | Width maximum | Design Requirements |
|---|---|---|---|---|---|
| C-1 | 1 | 30 sq. ft. | 8 feet | 10 feet | •Must meet all other normal ground sign requirements |
| C-2, C-3, C-4 | 1 | 42 sq. ft. | 8 feet | 10 feet | •Must meet legibility per section 6A.25 |
| Note: C-2, C-3, and C-4 include areas under the Central Business District and Corporate Overlay Districts. | | | | | |

b.    Multiple tenant signs for projects 40,000 square feet or greater or a minimum of four acres. Multiple tenant signs for large projects meet the general requirements in the table and subparagraphs below, and shall be built in accordance with the multiple-tenant sign specification approved by the township board on file with the planning services division.

| Zoning Category | Gross leasable area of primary building | Number of Signs Permitted | Height Maximum (Total Sign) | Width (Sign Face) | Height (Sign Face) |
|---|---|---|---|---|---|
| C-2, C-3 | 40,000 sq. ft. | 1 | 15 feet | 8 feet 4 in. | 11 feet |
| C-4, LI, LI-R | 200,000 sq. ft. | 2 | 15 feet | 8 feet 4 in. | 11 feet |

1) Minimum acreage or floor area requirement: to qualify for a standard multiple tenant sign, the site must be at least 4 acres in area or the proposed building must have at least 40,000 square feet of gross leasable area.

2) Standard multiple tenant sign standard: the township board shall adopt a multiple tenant sign standard, which shall be held on file with the building and planning services divisions.

3) Number of standard multiple tenant signs: no more than one multiple tenant sign per site shall be allowed in any instance for developments with less than 200,000 square feet of floor area; projects having 200,000 square feet of floor area or more may have two standard multiple tenant signs.

4) Other signs: should an owner elect to construct a multiple tenant sign on a site, the multiple tenant sign shall constitute the only permitted ground sign; no other ground signs shall be allowed in addition to a multiple tenant sign

5) Maximum dimensions: a standard multiple tenant sign must not exceed a structure width of 10 feet. The sign face shall have width of 8 feet 4 inches and a height of 11 feet. The overall sign structure shall not exceed 15 feet in height.

6) Legibility: all lettering on a multiple tenant sign must meet the legibility requirements of section 6A.25

7) Wayfinding: a multiple tenant sign shall incorporate wayfinding elements as identified by the currently adopted Canton Township multiple tenant sign standard, which shall be established by the township board and on file with the building official and planning services division; such wayfinding elements may include, but shall not necessarily be limited to, color coordination with a defined community branding or wayfinding district, address range of the tenants, or graphic elements of the corridor or district in which the sign is located.

8) Design and construction: the design and construction specifications of multiple tenant signs must comply with the currently adopted Canton Township multiple tenant sign standard,

(Supp. No. 57, Update 1)

Created: 2022-12-15 13:51:38 [EST]

which shall be established by the township board and on file with the building and planning services divisions.

9) The minimum setback for a multiple tenant sign shall be three feet from the right-of-way or not less than the setback of an adjacent or adjoining downtown development authority wall.

10) Maximum area permitted for tenant space: the sign face shall maintain a panel of at least 2 feet 9 inches to accommodate the wayfinding elements as defined in paragraph 7) as shown in the diagram.

c. Directory signs.

1) Shopping center directory sign standard: The township board shall adopt a shopping center directory sign standard, which shall be held on file with the building and planning services division.

2) Location: Directory signs may be located only at internal intersections with a multiple tenant site.

3) Maximum dimensions and area: Directory signs shall not exceed 6 feet in area or six feet in height.

4) Wayfinding: A directory signs shall incorporate wayfinding elements as identified by the currently adopted Canton Township shopping center directional sign standard, which shall be established by the planning commission and on file with the building official and planning department; such wayfinding elements may include, but shall not necessarily be limited to, color coordination with a defined community branding or wayfinding district or graphic elements of the corridor or district in which the sign is located.

5) Design and construction: The design and construction specifications of directory signs must comply with the currently adopted Canton Township shopping center directional sign standard, which shall be established by the township board and on file with the building



and planning services divisions.

Directory Sign

(Ord. of 9-26-2006; Ord. of 7-10-2007; Zoning Ord. Amd. 2011-2, 6-28-2011)

Created: 2022-12-15 13:51:38 [EST]

(Supp. No. 57, Update 1)

**6A.23. Sign bonuses.**

In certain unique circumstances, in addition to any signs permitted by this ordinance [Ordinance of September 26, 2006], permits for the following special signs or sign bonuses may be approved in accordance with the provisions established below:

1.  Rear facade identification signs: In instances where three or more frontages of a commercial structure in a commercial or industrial zoning district directly visible to a dedicated right-of-way, service drive, or circulation lane, a bonus wall sign to identify the rear facade of the structure may be permitted. To qualify for the rear facade identification sign bonus, the site must:

    a.  Be directly bordered on at least three sides by dedicated circulation routes intended primarily for consumer traffic; rear alleys and loading and unloading access drives do not qualify.

    b.  The drive aisles may not be located exclusively on the same site as the structure to which the bonus would be applied, though it may be shared between two or more separate and distinct sites.

    c.  The wall sign bonus must not exceed ten square feet in area distributed over one or two wall signs.

    d.  If two signs are proposed, they must be located on separate facades.

    e.  To qualify for the rear facade identification sign bonus, no other wall signage may be present on the rear facades having the bonus signage.

    f.  The primary permitted wall signage must be located on the facade facing the major thoroughfare or other primary roadway serving the site, or for corner lots, the two frontage facing such thoroughfares or roadways.

    g.  Rear facade identification signs may not face a residentially zoned or used property.

Created: 2022-12-15 13:51:38 [EST]

(Supp. No. 57, Update 1)



# 6A.23.01 Rear Facade Identification Sign

Rear Facade Identification Sign

2.  Wall sign area bonus: In commercial districts only, in the event that a ground sign otherwise permitted by the ordinance [Ordinance of September 26, 2006] can not be located in compliance with the location requirements of the ordinance [Ordinance of September 26, 2006] due to existing natural or manmade features, proximity to an existing sign or otherwise, additional wall sign area may be awarded above the permitted maximum wall sign area as determined by section 6A.17 This bonus may only be applied when the applicant, in the course of seeking a sign permit, has satisfactorily demonstrated that the development of an otherwise permitted ground sign is not possible in compliance with other provisions of this ordinance [Ordinance of September 26, 2006] or if no location for the sign which allows the sign to serve its intended purpose due to existing natural or manmade features. The wall sign area bonus shall not be over 24 additional square feet beyond that permitted by section 6A.17.

3.  Corner lot/tenant space bonus: Buildings which are located on corner lots or tenant spaces which occupy end or corner units of a multi-tenant structure shall be provided 150 percent of the otherwise permitted total wall sign area for the applicable building or tenant space. The corner lot/tenant space

bonus shall only be permitted when a sign is proposed on more than one wall of the building or tenant space.



## 6A.23.03 Wall Sign Area Plan

- Wall Sign Location "A" + Wall Sign Location "B" can not exceed 150% of the permitted area

Wall Sign Area Plan

(Ord. of 9-26-2006; Ord. of 2-13-2007)

## 6A.24. Billboards.

In the GI district, billboards may be permitted adjacent to limited access interstate freeways. Such signs shall be set back a minimum of 1,000 feet from any right-of-way and shall not be erected closer than 2,000 feet to any other billboard. The structure of the sign shall be exclusively steel, and no wood or other combustible material shall be permitted. The sign shall not be illuminated between the hours of 11:00 p.m. and 7:00 a.m. No billboard shall be permitted on a parcel in conjunction with a ground sign. The maximum permitted area of a billboard shall be 160 square feet, and the sign shall not exceed 12 feet in height as measured from average grade at the base of the sign.

(Ord. of 9-26-2006)

Created: 2022-12-15 13:51:38 [EST]

(Supp. No. 57, Update 1)

### 6A.25. Legibility and design.

All commercial wall and ground signage within the township must meet the legibility and design requirements of this section.

1. Wall signs:

    a. Contrast: all lettering on wall signs shall significantly contrast the background to which they are applied.

    b. Construction type: wall signs may be of a free-floating channel letter or other applied letter either internally or externally illuminated. If a raceway is used, it must be painted or manufactured to match the color of the wall to which is mounted.

    c. Lettering: minimum required lettering sizes established as follows for wall signs shall apply to all lettering on any wall sign:

        1) Sans serif fonts: "block" style or sans-serif lettering shall be at least 14 inches in size on any wall sign.

        2) Serif fonts: "script" or other serif lettering shall be at least 17 inches in size on any wall sign.

    d. Where corporate logos are proposed for use as a wall sign or as part of the overall wall sign, the logo shall not exceed 30 percent of the maximum permitted area.



## 6A.25.01 Wall Sign

- Maximum 30% of a Wall Sign can be a Coporate Logo
- Caculation: (A x B) x 30% = B x C

Wall Sign

2. Ground signs:

    a. Ground signs shall be integrated into landscape buffer design and shall be compatible with the design and materials used for the structures on the site.

Created: 2022-12-15 13:51:38 [EST]

(Supp. No. 57, Update 1)

b. Ground signs shall be located on a masonry base; the masonry base shall have a minimum height of 18 inches and shall not exceed a height of 36 inches; the masonry base, at a minimum, shall be equal to the length of the sign; masonry or other decorative features enclosing the sides or top of the face of the sign shall not extend beyond the maximum allowable width and height of the sign; in the downtown development authority (DDA), the height of the masonry base shall be equal to the finished height of the nearest garden wall.

c. Contrast: all lettering on cabinet-style ground signs shall be lighter than the background on which they are located. The background on a cabinet-style ground sign shall be opaque with translucent lettering, to allow only the lettering or logos to be illuminated. Free-floating channel letters or other applied letters shall significantly contrast the background to which they are applied.

d. Construction type: ground signs may be of a cabinet, internally-illuminated style; however:

1) Only the lettering or trademarked logo shall be translucent.

2) The background shall be of opaque material in a color darker than the lettering and logo.

e. Lettering: minimum required lettering sizes established as follows for ground signs shall apply to all lettering for the primary identification of the business or facility on any ground sign.

1) Sans serif fonts: "block" style or sans serif lettering shall be at least 10 inches on any ground sign.

2) Serif fonts: "script" or other serif lettering shall be at least 12 inches in size on any ground sign.

3) Supplemental, secondary, or auxiliary information on a sign may utilize lettering which is not less than 50 percent of the minimum font size required for the primary identification of the business of the facility and shall be limited to no more than 25 percent of the sign surface area.

Minimum lettering size is based on capital or upper-case letters. Lower case letters used in combination with capital letters shall be proportional in size based on industry graphic standards.



## 6A.25.02 Ground Sign

Ground Sign

(Ord. of 9-26-2006; Ord. of 2-13-2007; Ord. of 12-20-2007)

Created: 2022-12-15 13:51:38 [EST]

(Supp. No. 57, Update 1)

## 6A.26. Permit approval.

Sign permits shall be issued by the building division. Signs shall be identified and adequately described on any site plan submitted for review to the township. For signs permitted only when part of a master sign plan or any sign on a multiple-tenant site, no permit shall be issued unless a master sign plan has been approved for the project. For all other signs, the building official shall review and issue permits for signs only when such signs are in compliance with this article.

Planning services division or planning commission approval of a sign permit application or master sign plan or a site plan having signage as part of the approved development shall not necessarily guarantee the issuance of a sign permit from the building official.

(Ord. of 9-26-2006)

## 6A.27. Zoning board of appeals.

Any component of this chapter [article] is subject to appeal by the zoning board of appeals in accordance with section 28.04.E.6.

(Ord. of 9-26-2006)

## 6A.28. Planning commission.

The planning commission shall be responsible for the review and approval of master sign plans as part of a concurrent site plan and/or special land use review for any multiple tenant site development or redevelopment. The planning commission shall also be responsible for ensuring that signage is identified and adequately described on any site plan, and that such signage meets with the requirements of this ordinance [Ordinance of September 26, 2006]. Planning commission approval of a master sign plan or a site plan having signage as part of the approved development shall not necessarily guarantee the issuance of a sign permit from the building official. During administrative review, the planning services division shall have the authority to send any freestanding application for a master sign plan to the planning commission for its review and approval prior to the issuance of the permit from the building official.

(Ord. of 9-26-2006)

## 6A.29. Canton Township Historic District Commission.

The historic district commission shall have the authority to approve modifications to the requirements for the design of signs within the boundaries of the Canton Township Historic District in the interest of permitting historically appropriate signage that may or may not be in full compliance with the dimensional or structural requirements of herein. Such authority shall not allow the historic district commission to approve a sign that does not meet minimum requirements for safety. Approval of a sign by the historic district commission shall not necessarily guarantee the issuance of a sign permit from the building official.

(Ord. of 9-26-2006)