# Exhibit 2

### 27.09. Violations and penalties.

1.  *Public nuisance.* Buildings erected, altered, razed or converted (including tents, mobile homes, and trailer coaches), or uses carried on in violation of any provision of this ordinance are hereby declared to be a nuisance per se, and shall be subject to abatement or other action by a court of appropriate jurisdiction.

2.  *Violation.* Any person, firm, corporation, or agent, or any employee, contractor, or subcontractor of same, who fails to comply with any of the provisions of this ordinance or any of the regulations adopted in pursuance thereof, or who impedes or interferes with the enforcement of this ordinance by the building official or other enforcement official, shall be deemed in violation of this ordinance.

3.  *Penalties.* Any violation of this ordinance shall constitute a misdemeanor. Any person who is convicted shall be subject to punishment by a fine not exceeding $500.00 or by imprisonment not exceeding 90 days for each offense, or both, at the discretion of the court. Each day a violation occurs or continues shall constitute a separate offense. Furthermore, the owner or tenant of any building, structure, premise, or part thereof, and any architect, engineer, builder, contractor, agent, or other person who commits, participates in, assists in, or maintains any violation of the ordinance may each be found guilty of a separate offense and may be subject to the penalties provided herein. The cost of prosecution shall also be assessed against the violator.

    The imposition of any sentence shall not exempt the offense from compliance with the requirements of this ordinance.

4.  *Authority to pursue court action.* The township board or its duly authorized representative is hereby empowered to commence and pursue any and all necessary and appropriate actions or proceedings in the circuit court, or any other court having jurisdiction, to restrain or prevent any noncompliance with or violation of any of the provisions of this ordinance, and to correct, remedy, or abate such noncompliance or violation. Any person aggrieved or adversely affected by such noncompliance or violation may institute suit or join the township board in such a suit to abate the violation.

5.  *Other remedies.* The rights and remedies set forth above shall not preclude the use of other remedies provided by law, including any additional rights of the township to initiate proceedings in an appropriate court of law to restrain or prevent any noncompliance with any provisions of this ordinance, or to correct, remedy, or abate such noncompliance.

6.  *Rights and remedies preserved.* Any failure or omission to enforce the provisions of this ordinance, and any failure or omission to prosecute any violations of this ordinance, shall not constitute a waiver of any rights and remedies provided by this ordinance or by law, and shall not constitute a waiver of nor prevent any further prosecution of violations of this ordinance.

State law reference(s)—Violations, MCL 125.294.