# Exhibit 4

## 1.02. Purpose.

B.  *Rules of construction.* The following rules of construction apply to the text of this ordinance:

1.  The particular shall control the general.

2.  Words used in the present tense shall include the future.

3.  Words used in the singular number shall include the plural, and the plural shall include the singular, unless the context clearly indicates the contrary.

4.  The word "shall" is always mandatory and not discretionary. The word "may" is permissive.

5.  The masculine gender includes the feminine and neuter.

6.  All measurements shall be to the nearest integer, unless otherwise specified herein.

7.  The phrase "used for" includes "arranged for," "designed for," "intended for," "occupied for," and "maintained for."

8.  The word "building" includes the word "structure." The word "build" includes the words "erect" and "construct." A "building" or "structure" includes any part thereof.

9.  The word "person" includes an individual, a corporation, a partnership, an incorporated association, or any similar entity.

10. Whenever a word or term defined hereinafter appears in the text of this ordinance, its meaning shall be construed as defined herein. Words or terms not herein defined shall have the meaning customarily assigned to them.

11. Unless the context clearly indicates the contrary, where a regulation involves two or more items, conditions, provisions, or events connected by the conjunction "and," "or," or "either/or," the conjunction shall be interpreted as follows:

    -   "And" indicates that all the connected items, conditions provisions, or events shall apply.

    -   "Or" indicates that the connected items, conditions, provisions, or events may apply singly or in any combination.

    -   "Either/or" indicates that the connected items, conditions, provisions or events shall apply singly but not in combination.

12. Catchwords and catchlines shall in no way by their presence or absence limit or affect the meaning of this ordinance.

13. Unless the context clearly indicates to the contrary, where an illustration accompanies any item within this ordinance, the written text shall have precedence over said illustrations.