# Exhibit 5

# Zoning Map

May 2023

**AGRICULTURAL**

- **RA** Rural Agricultural
- **RR** Rural Residential
- **RE** Rural Estate

**RESIDENTIAL**

- **R-1** Single Family Residential
- **R-2** Single Family Residential
- **R-3** Single Family Residential
- **R-4** Single Family Residential
- **R-5** Single Family Residential
- **R-6** Single Family Attached Residential
- **MR** Multiple Family Residential
- **RMH** Mobile Home Park

**COMMERCIAL**

- **C-1** Village Shopping
- **C-2** Community Commercial
- **C-3** Regional Commercial
- **C-4** Interchange Service
- **MRD** Mid-Rise Development
- **HRD** High-Rise Development
- **OSP** Off-Street Parking

**OFFICE**

- **O-1** Office

**INDUSTRIAL**

- **LI** Light Industrial
- **LI-R** Light Industrial Research
- **GI** General Industrial

**CONSERVATION**

- **WC** Wetlands Conservation
- Conditional Zoning
  *See specific project file for precise zoning conditions.*
- Consent Judgment

**OVERLAY DISTRICTS**

- Central Business District
- Cherry Hill Village
- Corporate Park
- Planned Development Area*

*See specific PDD agreements for precise land use regulations.*

**Canton Township Zoning Ordinance**
available at
www.canton-mi.org/Clerk/ordinances.asp



**Planning Services**
1150 S. Canton Center Rd.
Canton, Michigan  48188
(734) 394-5170



N

Note:  Mapping corrections as of August 2023