# Exhibit 7

## 27.05. Variances and appeals.

A.   *Intent.* The purpose of this section is to provide guidelines and standards to be followed by the zoning board of appeals in considering requests for variances and appeals, where the jurisdiction of the board of appeals has been established by section 601 of the Michigan Zoning Enabling Act (P.A. 110 of 2006), as amended.

Generally, an appeal may be taken to the zoning board of appeals by any person, firm, or corporation, or by any office, department, board, or bureau aggrieved by a decision of the planning commission or any administrative official or body charged with enforcement of this ordinance. Furthermore, where due to special conditions a literal enforcement of the provisions of this ordinance would involve practical difficulties or cause unnecessary hardships, within the meaning of this ordinance, the zoning board of appeals, shall have the power to authorize certain variances from the rules or provisions of this ordinance, with such conditions and safeguards as it may determine are necessary so that the spirit of this ordinance is observed, public safety secured, and substantial justice done.

B.   *Stay of proceedings.* An appeal shall stay all proceedings in furtherance of the action appealed from unless the building official certifies to the zoning board of appeals, after notice of appeal has been filed, that by reason of the facts stated in the appeal, a stay would cause imminent peril to life or property, in which case proceedings shall not be stayed other than by a restraining order which may be granted by the zoning board of appeals or by the circuit court, on application, and upon notification of the building official, and on due cause shown.

C.   *Application procedures.*

1.   *Application to the zoning board of appeals.* Variances and appeals of any nature in which zoning board of appeals action is sought shall be commenced by a person filing an "Application to the Zoning Board of Appeals" with the township clerk, on such forms and accompanied by such fees as may be specified. The application shall specify the grounds upon which the appeal is based and shall be signed. Applications involving a request for a variance shall specify the requirements from which a variance is sought and the nature and extent of such variance. Applications involving a specific site shall be accompanied by a sketch which includes the following information, where applicable:

-   Applicant's name, address, and telephone number.

-   The address of the parcel that is the subject of the appeal.

-   Scale, north point, and dates of submission and revisions.

-   Zoning classification of petitioner's parcel and all abutting parcels.

-   Existing lot lines, building lines, structures, parking areas, driveways, and other improvements on the site and within 50 feet of the site.

-   Proposed lot lines and lot dimensions, and general layout of proposed structures, parking areas, driveways, and other improvements on the site.

-   Dimensions, centerlines, and right-of-way widths of all abutting streets and alleys.

-   Location of existing drainage courses, floodplains, lakes and streams, and woodlots.

-   All existing and proposed easements.

-   Location of sanitary sewer or septic systems, existing and proposed.

-   Location and size of water mains, well sites, and building service, existing and proposed.

-   Any additional information required by the zoning board of appeals to make the determination requested based on the criteria set forth in section 27.05, subsection D.

Created: 2022-12-15 13:51:41 [EST]

(Supp. No. 57, Update 1)

Where an application involves a variance sought in conjunction with a regular site plan review, the application data requirements for site plan review as set forth in section 27.02 shall be complied with.

2. *Review by the zoning board of appeals.* The township clerk shall forward the application, along with any supporting materials and plans to the zoning board of appeals.

In accordance with section 103 of the Michigan Zoning Enabling Act (P.A. 110 of 2006), as amended, the zoning board of appeals shall fix a reasonable time for the hearing of the appeal, give due notice thereof to the parties involved, and decide the appeal within a reasonable time not less than 15 days before the application will be considered for approval. At the hearing, a party may appear in person or by agent or by attorney.

3. *Decision by the zoning board of appeals.* The concurring vote of a majority of the members of the Board shall be necessary to reverse an order, requirement, decision, or determination of the administrative official or body, or to decide in favor of the applicant any matter upon which they are required to pass under, or to effect any variation in an ordinance adopted pursuant to Michigan Public Act 184 of 1943, as amended.

The board may reverse or affirm, wholly or partly, or may modify the order, requirement, decision, or determination, in accordance with the guidelines set forth herein. To that end, the zoning board of appeals shall have all the powers of the officer or body from whom the appeal was taken and may issue or direct the issuance of a permit. The board may impose conditions with an affirmative decision, pursuant to section 603 of the Michigan Zoning Enabling Act (P.A. 110 of 2006) as amended. The decision of the zoning board of appeals shall be final, but a person having an interest affected by the zoning ordinance may appeal to the circuit court.

4. *Record of appeal.* The zoning board of appeals shall prepare and retain a record of each appeal, and shall base its decision on this record. This record shall include:

- The relevant administrative records and the administrative orders issued thereon relating to the appeal.

- The notice of the appeal.

- Such documents, exhibits, plans, photographs, or written reports as may be submitted to the board for its consideration.

The written findings of fact, the decisions, and the conditions imposed by the zoning board of appeals in acting on the appeal shall be entered into the official record, after being signed by the chairman of the board, thereby effectuating decisions and any conditions imposed thereon.

5. *Approval period.* If construction has not commenced within 24 months after the zoning board of appeals grants a variance to permit the erection or alteration of a building, then the variance becomes null and void. The period of approval may be automatically extended by 12 months if the variance was sought in conjunction with a site plan for which approval has been extended by the township board.

D. *Standards for variances and appeals.* Variances and appeals shall be granted only in accordance with Michigan Public Act No. 184 of 1943 (MCL 125.271 et seq.), as amended, and based on the findings set forth in this section.

1. *General criteria.*

- Compliance with the strict letter of the restrictions governing area, setbacks, frontage, height, bulk, density, or other dimensional provisions would create practical difficulties, unreasonably prevent the use of the property for a permitted purpose, or render conformity with such restrictions unnecessarily burdensome. The showing of mere inconvenience is insufficient to justify a variance.

Created: 2022-12-15 13:51:41 [EST]

(Supp. No. 57, Update 1)

- Granting of a requested variance or appeal would do substantial justice to the applicant as well as to other property owners in the district; or, as an alternative, granting of a lesser variance than requested would give substantial relief to the owner of the property involved and be more consistent with justice to other property owners.

- The requested variance or appeal can be granted in such fashion that the spirit of the ordinance will be observed and public safety and welfare secured.

- There are exceptional or extraordinary circumstances or conditions applicable to the property involved or to the intended use of the property that do not apply generally to other properties or other similar uses in the same zoning district. The conditions resulting in a variance request cannot be self-created.

- A variance is necessary for the preservation and enjoyment of a substantial property rights possessed by other property owners in the same zoning district.

- The granting of a variance or appeal will not be materially detrimental to the public welfare or materially injurious to other nearby properties or improvements.

- The granting of a variance or appeal will not increase the hazard of fire or flood or endanger public safety.

- The granting of a variance or appeal will not unreasonably diminish or impair the value of surrounding properties.

- The granting of a variance or appeal will not impair public health, safety, comfort, morals, or welfare.

- The granting of a variance or appeal will not alter the essential character of the neighborhood.

- The granting of a variance or appeal will not impair the adequate supply of light and air to adjacent property or increase congestion on public streets.

- In deciding upon an appeal from an action taken by an administrative official or body, the zoning board of appeals shall determine if the administrative official or body has made an error in any order, requirement, decision, or determination in the enforcement and/or interpretation of the zoning ordinance.

2. *Specific criteria applicable to variances.* In consideration of all requests for variances, the zoning board of appeals shall review each case individually in relation to the following criteria:

- The size, character and location of a development permitted after granting of a variance shall be in harmony with the surrounding land use and shall promote orderly development in the zoning district in which it is located.

- The zoning board of appeals is not authorized to grant variances related to the use of land, buildings or structures.

- A development permitted upon granting of a variance shall make vehicular and pedestrian traffic no more hazardous than is normal for the district in which it is located, taking into consideration vehicular turning movements, adequacy of sight lines for drivers, location and accessibility of off-street parking, provisions for pedestrian traffic, and measures to reduce contact between pedestrian and vehicular traffic.

- A development permitted upon granting of a variance shall be designed so as to eliminate any dust, noise, fumes, vibration, smoke, lights, or other undesirable impacts on surrounding properties.

- The location, design, and height of buildings, structures, fences, or landscaping permitted upon granting of a variance shall not interfere with or discourage the appropriate development, continued use, or value of adjacent land or buildings.

- The development permitted upon granting of a variance shall relate harmoniously in a physical and economic sense with adjacent land uses. In evaluating this criterion, consideration shall be given to prevailing shopping patterns, convenience of access for patrons, continuity of development, and the need for particular services and facilities in specific areas of the township.

(Ord. of 9-26-2006)

State law reference(s)—Variances and appeals, MCL 125.290 et seq.

Created: 2022-12-15 13:51:41 [EST]

(Supp. No. 57, Update 1)