## INDEX OF EXHIBITS

| Exhibit No. | Description |
| --- | --- |
| 1 | 1-13-26 Memo |
| 2 | 1-13-26 Township Board Minutes |
| 3 | New Sign Ordinance |
| 4 | *RSWW Inc. v. City of Keego Harbor* |