# EXHIBIT 2

**Charter Township of Canton**
**Board Proceedings – January 13, 2026**

**7:00 P.M.**

**CALL TO ORDER**

A regular meeting of the Board of Trustees of the Charter Township of Canton was held Tuesday, 1/13/2026, at 1150 Canton Center Rd. S., Canton Michigan. This meeting was called to order by Supervisor Graham-Hudak at 7:00 PM.

**PLEDGE OF ALLEGIANCE**

**ROLL CALL**

Members Present: Ansari, Borninski, Foster, Graham-Hudak, Siegrist
Members Absent: Ganguly, Slavens

**ADOPTION OF AGENDA**

Motion by Siegrist, supported by Foster to adopt the agenda as presented. Motion carried unanimously.

**PRESENTATIONS/RECOGNITIONS/FORMAL RESOLUTIONS**

1) APWA 2025 Project of the Year

2) Robotics Team 21482

**PUBLIC HEARING**

**BOARD AND COMMISSION REPORTS**

**PUBLIC COMMENT ON AGENDA ITEMS**

Held.

**APPROVAL OF MINUTES**

Motion by Siegrist, supported by Borninski to approve the minutes of December 9, December 16 of 2025, and January 6, 2026 as presented. Motion carried unanimously.

1) Approval of Minutes from December 9, 2025

2) Approval of Minutes from December 16, 2025

3) Approval of Minutes from January 6, 2026

**TREASURER'S REPORT/PAYMENT OF BILLS**

Motion by Siegrist, supported by Foster to pay the bills. Motion carried unanimously.

1) Payment of Bills 12-24-25

2)   Payment of Bills 1-14-26

**CONSENT CALENDAR**

Motion by Siegrist, supported by Borninski to adopt the consent calendar as presented. Motion carried unanimously.

1)   Request for Resolution of Local Body of Government to Recognize "Plymouth Wildcat Cheer Boosters", as a Nonprofit in the Community for Purposes of Making an Application for a "Charitable Gaming License" to the Michigan Gaming Control board (Clerk)

Approve the resolution for the "Plymouth Wildcat Cheer Boosters," 8400 Beck Road, Canton Michigan 48188, to be recognized as a non-profit organization for the purpose of obtaining a charitable gaming license.

2)   Consider Second Reading of an Amendment to the Canton Code of Ordinances, Chapter 38 Fire Prevention and Protection, to adopt the 2024 International Fire Code (FIRE)

Remove from the table, hold a second reading of the proposed amendment to the Canton Township Code or Ordinances, Chapter 38 Fire Prevention and Protection, to adopt the 2024 International Fire Code. Further, I move to adopt and publish the amendment to become effective January 19, 2026.

3)   Consider Approving a Memo of Agreement with the Federal Bureau of Investigations for Continued Reimbursement of Fiduciary Expenses (PD)

Approve the Memo of Agreement between Canton Township and the Federal Bureau of Investigations, transferring the township's fiduciary partnership to the FBI for continued reimbursement of fiduciary expenses associated with the Brewery Park office space.

4)   Consider Approval of an Agreement with Wayne County to Provide Winter Maintenance on 9.28 Miles (18.21 Lane Miles) of County Roads for the 2025-2026 Winter Season (MSD)

Approve the agreement with Wayne County to provide additional winter maintenance for 9.28 miles (18.21 lane miles) of County local roads and authorize the payment of $15,943.58 and authorize the Township Clerk to sign the agreement resolution on behalf of Canton.

5)   Consider Approval of Application for 2026 Annual MDOT Maintenance Pennit (MSD)

Approve application of the annual MDOT permit authorizing the Township to complete certain work inside MDOT right-of-way.

6)   Consider Approval of a Resolution for the Wayne County Department of Public Service 2026 Annual Permit Package (MSD)

Approve Resolution # 2026-5, which allows for application of Permit A-26038, authorizing the Township to complete certain work inside Wayne County right-of-way and authorize the Township Clerk and Township Supervisor to execute the necessary agreements.

7)   Consider Approving a Resolution to Sign an Intergovernmental Agreement with Wayne County for Reimbursement of Costs for the 2026 Local Road Improvement Program (MSD)

Approve Resolution 2026-4 for signature and authorize the Township Supervisor to sign the Intergovernmental Agreement for Wayne County's Local Partnering Initiative for Township Roads.

8) Consider Approving a Resolution to Sign an Intergovernmental Agreement with Wayne County for Reimbursement of Costs for the Repair of Roads Impacted by Akali-Silica Reaction- ASR (MSD)

Approve Resolution 2026-3 for signature and authorize the Township Supervisor to sign the Intergovernmental Agreement for the Reconstruction of Alkali Silica Reaction-Affected Roads and Pedestrian Pathways in Canton.

9) Consider Approval of the Annual Maintenance& Technical Support Agreement for Vertosoft/OpenGov Asset Management Software (MSD)

Approve payment and purchase order of the Annual Software Maintenance and Technical Support Agreement with Vertosoft/OpenGov.

10) Request Approval of 2026 Blanket Purchase Orders (FBD)

Approve the creation of the 2026 Blanket Purchase Orders as attached.

11) Consider Approval of Application for the 2026 MLCC Special Liquor Licenses (PRCS)

Approve Resolution #2026-1 and authorize the sale and consumption of alcohol at the events listed in the background.

**GENERAL CALENDAR**

1) Consider Awarding Phase 4 Food Waste Compost Pilot Program to Michigan Consulting and Environmental for Project Management and Staffing Services (MSD)

Motion by Siegrist, supported by Borninski to approve a purchase order to Michigan Consulting and Environmental to provide support staffing and training for the 2026 Food Composting Program Phase 4. Motion carried unanimously.

2) Consider Preliminary Planned Development District for Canton Oaks (MSD)

Motion by Siegrist, supported by Foster to approve Resolution #2026-6 to approve the Preliminary Planned Development District for Canton Oaks in Planning Application #049-PDP- 853l. Motion carried unanimously.

3) Consider First Reading of Amendment to Appendix A- Zoning of the Code of Ordinances for Religious Land Uses and Related Standards (MSD)

Motion by Siegrist, supported by Foster to introduce and hold the first reading of the proposed amendments to Appendix A - Zoning of the Code of Ordinances of the Charter Township of Canton as provided in the attached ordinance, which amends Sections 1.03; 2.16(C); 4.0l (B)(l); 4.0l (B)(5); 6.02(U); 10.02(B)(4); 11.02(B)(3); 12.02(B)(4); 13.02(B)(4); 14.02(B)(1); 16.02(A)(7); l 7.02(A)(5); 19.02(A)(3); 20.02(A)(8); 22.02(B)(7); and 27.02(B)(l). Motion carried unanimously.

4) Consider Site Plan Amendment for Haggerty Mobil (MSD)

Motion by Siegrist, supported by Borninski to approve Resolution #2026-7 to approve the

Haggerty Mobil Site Plan Amendment in Planning Application #002-ADS-8727. Motion carried unanimously.

5)   CONSIDER SECOND READING AND ADOPTION OF AN AMENDMENT TO APPENDIX A- ZONING OF THE CODE OF ORDINANCES FOR SIGN REGULATIONS (MSD)

MOTION BY SIEGRIST, SUPPORTED BY FOSTER TO HOLD A SECOND READING OF THE PROPOSED AMENDMENTS TO APPENDIX A – ZONING OF THE CODE OF ORDINANCES OF THE CHARTER TOWNSHIP OF CANTON AS PROVIDED IN THE ATTACHED ORDINANCE, WHICH AMENDS ARTICLE 6A (SIGNS), SECTION 1.03 (DEFINITIONS), ARTICLE 2 (GENERAL PROVISIONS), ARTICLE 4 (OFF-STREET PARKING AND LOADING REQUIREMENTS), ARTICLE 6 (SITE DEVELOPMENT STANDARDS APPLICABLE TO SPECIFIC USES), ARTICLE 21 (LIGHT INDUSTRIAL RESEARCH DISTRICT), AND SECTION 27.02 (SITE PLAN REVIEW) AND ADOPT AND PUBLISH THE ORDINANCE AMENDING ARTICLE 6A (SIGNS), SECTION 1.03 (DEFINITIONS), ARTICLE 2 (GENERAL PROVISIONS), ARTICLE 4 (OFF-STREET PARKING AND LOADING REQUIREMENTS), ARTICLE 6 (SITE DEVELOPMENT STANDARDS APPLICABLE TO SPECIFIC USES), ARTICLE 21 (LIGHT INDUSTRIAL RESEARCH DISTRICT), AND SECTION 27.02 (SITE PLAN REVIEW) OF APPENDIX A – ZONING OF THE CODE OF ORDINANCES OF THE CHARTER TOWNSHIP OF CANTON. MOTION CARRIED UNANIMOUSLY.

5) 6)   Request Approval to Amend the MERS Hybrid Agreement for the TPOAM Union (FBD)

Motion by Siegrist, supported by Borninski to amend the MERS Hybrid Plan Adoption Agreement for the TPOAM Union as agreed to during union negotiation. Motion carried unanimously.

6) 7)   Consider the Request to Approve Service Agreement Between Canton Township and The Canton Nature Society (Supervisor)

Motion by Borninski, supported by Foster to allow Clerk Siegrist to abstain from voting on the motion due to a conflict of interest. Motion carried unanimously with Siegrist abstaining.

Motion by Borninski, supported by Foster to approve a four-year Service Agreement between Canton Township and the Canton Nature Society, commencing retroactively on January 1, 2026, and continuing through January 1, 2030, in the amount of $20,000 annually, and authorizing the Township Supervisor to execute the agreement on behalf of the Township and Finance Department to issue all relevant purchase orders to issue funds. Motion carried unanimously with Siegrist abstaining.

7) 8)   Consider a Temporary Head Count Increase for the Emergency Manager Position (HR)

Motion by Siegrist, supported by Ansari to approve a temporary head count increase for the Emergency Manager position for up to 120 days after a new person is hired. Motion carried unanimously.

8) 9)   Consider the Approval of the Social Media and Marketing Coordinator position to the Non-Union Classified Employee (Merit) Wage Scale (HR)

Motion by Siegrist, supported by Ansari to approve the addition of the Social Media and Marketing Coordinator position to the Non-Union Classified Employee Wage Scale at grade 210. Motion carried unanimously.


**ADDITIONAL PUBLIC COMMENTS**

Held.

**ADMINISTRATIVE COMMENTS BOARD**

**COMMENT**

**ADJOURN**

Motion by Siegrist, supported by Foster to adjourn. Motion carried unanimously.

<div style="display: flex; justify-content: space-between;">

_____
Michael A. Siegrist, Clerk

_____
Anne Marie Graham-Hudak, Supervisor

</div>