# EXHIBIT 3

**STATE OF MICHIGAN**

**COUNTY OF WAYNE**

**CHARTER TOWNSHIP OF CANTON**

**ORDINANCE NO. _____**

**AN ORDINANCE AMENDING APPENDIX A - ZONING, OF THE CODE OF ORDINANCES OF THE CHARTER TOWNSHIP OF CANTON, MICHIGAN BY AMENDING ARTICLE 6A (SIGNS), SECTION 1.03 (DEFINITIONS), ARTICLE 2 (GENERAL PROVISIONS), ARTICLE 4 (OFF-STREET PARKING AND LOADING REQUIREMENTS), ARTICLE 6 (SITE DEVELOPMENT STANDARDS APPLICABLE TO SPECIFIC USES), ARTICLE 21 (LIGHT INDUSTRIAL RESEARCH DISTRICT), AND SECTION 27.02 (SITE PLAN REVIEW).**

**THE CHARTER TOWNSHIP OF CANTON ORDAINS:**

**PART I. AMENDMENT TO CODE**

*     *     *

**Pursuant to Section 27.06 of Appendix A – Zoning of the Code of Ordinances, the Zoning Ordinance is hereby amended by deleting Article 6A (Signs) and adding the following Article 6A (Signs) in its place and stead:**

**Article 6A.00. Signs**

**Section 6A.01. Intent and Purpose**
The intent and purpose of this Article is to promote the following municipal and public interests:

 (A) **Health, Safety, and Welfare.** Ensure that signs are located, designed, constructed, installed, and maintained in a manner that protects, promotes, and preserves health, safety, welfare, life, and property;

 (B) **Free Speech.** Ensure that the Constitutionally-guaranteed right of free speech is protected by allowing signs as a means of communication, subject to appropriate and legally-permissible time, place, and manner standards;

 (C) **Vehicular and Pedestrian Safety.** Maintain and preserve vehicular and pedestrian safety by reducing visual distractions and obstructions to motorists travelling along, entering, or leaving streets and to pedestrians travelling along sidewalks;

 (D) **Character and Quality of Life.** Preserve and enhance the existing and desired character and unique experiences of Canton Township, as identified in the Master Plan, area plans, Downtown Development Authority plans, and other adopted plans;

**(E) Historic Character.** Preserve and enhance Canton Township's cultural and historic resources, specifically historic structures and sites in the Historic Districts;

**(F) Blight and Nuisance Conditions.** Prevent and limit visual blight and nuisance conditions by preventing visual clutter, protecting views, managing sign placement and size, and limiting intrusion of signs in certain areas;

**(G) Negative Impacts.** Minimize negative impacts of signs on surrounding properties and public spaces through reasonable time, place, and manner standards;

**(H) Emergency Response.** Preserve and enhance the effectiveness of address displays, directional signs, and warning signs to facilitate swift emergency response times;

**(I) Wayfinding.** Preserve and enhance vehicular and pedestrian wayfinding by ensuring visibility, reducing clutter, and ensuring legibility;

**(J) Light.** Limit the amount and type of light emitted by signs to preserve and enhance Canton Township's desired character, reduce distractions and hazards to pedestrians and motorists, and to preserve and enhance quality of life;

**(K) Message Comprehension.** Provide for signs that are adequate and appropriate, but not excessive, to convey and provide a message for easy comprehension;

**(L) Reasonable Scale.** Keep signs within a reasonable scale relative to the building, use, or site they are accessory to and the surrounding area;

**(M) Good Design.** Encourage good design relative to size, location, spacing, illumination, type, and placement to preserve and enhance Canton Township's appearance;

**(N) Public Investment.** Protect the public investment in public structures, parks, sidewalks, and streets;

**(O) Nonconforming.** Allow for the reasonable continuation and maintenance of legally nonconforming signs;

**(P) Compelling Governmental Interest.** Facilitate the advancement of the compelling governmental interests enumerated in this Ordinance and adopted plans;

**(Q) Establish Standards.** Establish clear standards that are the least-restrictive necessary to achieve the compelling governmental interests; and

**(R) Administration and Enforcement.** Establish administrative standards and processes to facilitate the administration and enforcement of this Article; provide guidance for residents, businesses, and property owners; and ensure equal treatment.

**Section 6A.02. Scope of Application**
Signs, as defined in this Ordinance, shall only be installed, constructed, reconstructed, altered, or maintained in compliance with this Article.

**Section 6A.03. Authority**
Authority to administer and enforce this Article is outlined below.

**(A) Community Planning Manager.** Authority to interpret and administer this Article and to approve master sign plans shall be with the Community Planning Manager and designees, except as otherwise specified.

**(B) Building Official.** Authority to issue permits, administer, and enforce this Article shall be with the Building Official and designees, except as otherwise specified.

**(C) Ordinance Enforcement Officers.** Authority to enforce this Article shall be with the Ordinance Enforcement Officers, except as otherwise specified.

**(D) Zoning Board of Appeals.** Authority to hear and decide appeals of the administration and enforcement of this Article and to hear and decide developmental standard variances from the provisions of this Article shall be with the Zoning Board of Appeals.

**(E) Township Board.** Authority to adopt fees and fines related to this Article, to adopt design standards for Multiple-Tenant Signs shall be with the Township Board, and to adopt master sign plans for properties owned by Canton Township.

**Section 6A.04. Sign Type Definitions**
The words and phrases related to sign types shall have the meanings set forth below when used in this Ordinance.

**(A) Abandoned Sign.** A sign that no longer directs a person to, or advertises, a business tenant, an owner, an available product, or an activity conducted on the site where such sign is displayed or any sign not repaired or maintained properly.

**(B) Accessory Wayfinding Structure.** Accessory structures that provide wayfinding within site.

**(C) Add-On Sign.** Signs that are attached as an appendage to another sign or sign support structure.

**(D) Air-Activated Sign.** A sign that is inflated by air or uses air flow to induce movement.

**(E) Animated Sign.** A sign that moves, contains visible moving parts, or simulates movement including, but not limited to, spinners, streamers, balloons, scrolling or text or graphics, changes in light color or light intensity, and swinging signs, but excluding Official Signs and Flags.

**(F) Appurtenant Sign.** An On-Site sign located and applied directly onto a structure that is affiliated with the on-site use, such as an automatic teller machine (ATM) at a bank, a gasoline pump at a gas station, a cart corral at retail store, or a bus shelter at a bus stop.

**(G) Awning Sign.** A sign painted, screen printed, or otherwise applied on the exterior surface of an awning.



**Figure 6A.04(G).     Awning Sign**

**(H) Banner Sign.** A Temporary Sign on paper, cloth, fabric, or other flexible or combustible material of any kind that is attached flat against a Permanent Sign face or flat against a wall.



**Figure 6A.04(H).     Banner Sign**

**(I) Bench Sign.** A sign attached to or painted on the seat or back of a bench.

**(J) Billboard Sign.** A large sign erected, maintained, and used for the purpose of displaying messages that can be seen from a long distance or read from a vehicle traveling at high speeds. A Billboard is typically an off-site sign, erected for the purpose of advertising a product, service, activity, event, person, or subject not related to the premises on which the Billboard is located. A Billboard does not include an off-premises directional sign.

**(K) Blade Sign.** See Under-Canopy Sign.

**(L)  Canopy Sign.** A Permanent Sign attached to a canopy.



**Figure 6A.04(L).      Canopy Sign**

**(M) Conforming Sign.** A sign that complies with all the standards of this Ordinance.

**(N)  Commercial Message Flag.** A flag that conveys or intends to convey a commercial message. See definition of "Commercial Message" in Article 1.03.

**(O)  Commercial Message Sign.** A sign that conveys or intends to convey a commercial message.

**(P)  Commercial Statue Sign.** A three-dimensional sign which by its appearance, overall design, coloration, applied text, graphic identification, applied image, description, display, or illustration directs attention to an object, product, place, activity, facility, service, event, attraction, person, institution, organization or business, and which is visible from any street, right-of-way, sidewalk, alley, park or other public property and is intended to carry a commercial message. Commercial statue signs are considered ground signs for the purpose of this Ordinance and are so regulated with regard to permitted dimension, location, and number.

**(Q)  Drive-Through Sign.** An accessory structure adjacent to a drive-through lane that typically displays items or services available for sale at an approved drive-through facility. A menu board at a drive-through fast food restaurant is an example of a Drive-Through Sign.

**(R)  Electronic Message Center Sign.** A sign that displays changing messages or graphics using light emitting diodes. Also known as EMC Sign.

**(S)  Entranceway Monument Sign, Residential.** A ground sign placed at a major entrance to a recognized residential development such as a subdivision, condominium, apartment complex, or manufactured home park. Entranceway Monument Signs are often integrated into freestanding walls, columns, boulders, or other distinguishing features

unique to the development. An Entranceway Monument Sign is regulated differently than a Ground Sign.



**Figure 6A.04(S).      Entranceway Monument Sign**

**(T) Feather Sign.** A sign made of flexible material attached to a pole on one side with the intent of allowing the sign to move with the wind.

**(U) Festoons.** A string of ribbons, pennants, spinners, streamers, tinsel, small flags, pinwheels, or lights typically strung overhead or in loops.



**Figure 6A.04(U).      Festoons**

**(V) Flag.** A sign on paper, cloth, fabric, or other similar flexible material of any kind that is typically attached to a permanent flagpole. Flags are not considered Air-Activated or Animated signs for the purposes of this Ordinance. Flags may be Commercial Message Flags or Noncommercial Message Flags, as defined and described herein.



**Figure 6A.04(V).      Flag**

**(W) Flashing Sign.** A sign that contains flashing, blinking, or strobe lights; changes light color or light intensity; or has the appearance of lighting associated with emergency vehicle lighting, traffic signals, or Official Signs.

**(X) Freestanding Sign.** A sign placed on the ground that is not attached to any building or other structure. Types of Freestanding Signs include, but are not limited to, Entranceway Monument Signs, Ground Signs, Pole Signs, and Portable Signs which are regulated differently herein.



**Figure 6A.04(X).     Freestanding Sign**

**(Y) Ground Sign.** A base-mounted, freestanding sign placed on the ground and not attached to any building or other structure. A Ground Sign is different than an Entranceway Monument Sign.



**Figure 6A.04(Y).     Ground Sign**

**(Z) Master Sign Plan.** A plan, as provided for in this Article, which includes signage designs for multiple-tenant, nonresidential developments, including Walls Signs, Ground Signs, and Accessory Wayfinding Structures.

**(AA)     Multiple-Tenant Sign.** A ground sign that identifies two or more tenants on a site.

**(BB)     Mural.** Any image that is painted, drawn, tiled, wrapped, or similarly applied to a building exterior or other structure for artistic purposes that does not contain a commercial message. Graffiti is not considered a Mural.

**(CC) Nonconforming Sign.** A sign that was lawful at the time it was erected but does not comply with all of the requirements of this Ordinance and is not permitted as a result.

**(DD) Off-Site Sign.** A sign that conveys or intends to convey a message related to a product, a service, or an activity that is not available or provided on the same site as the sign.

**(EE) Official Sign.** A sign covered by the Manual on Uniform Traffic Control Devices and similar signs erected or maintained by a governmental body or for traffic control purposes and noncommercial signs required by law.

**(FF)** **On-Site Sign.** A sign that conveys or intends to convey a message related to a product, service, or activity that is available or provided on the same site as the sign. Examples of On-Site Signs include, but are by no means limited to, real estate signs, garage sale and yard sale signs, signs advertising a permitted on-site commercial use, and signs of a contractor or other commercial entity affiliated with an on-site project under development.

**(GG)** **Permanent Sign.** A sign that is intended or designed to display for an extended period of time, generally constructed of durable materials to withstand prolonged exposure to exterior elements, affixed to the ground or a structure by footings, bolts or screws into a structure, or other method intended to ensure the sign is displayed for an extended period of time with minimal maintenance or replacement of parts.

**(HH)** **Pole Sign.** A freestanding sign with a visible support structure or with the support structure enclosed with a pole or pylon cover. A Support Pole Sign is not a Pole Sign.

**(II)** **Portable Sign.** Temporary freestanding signs that are not permanently anchored or secured to a building, structure, or ground and are designed to be easily movable, such as sidewalk signs, sandwich signs, "A"-frame signs, "T"-shaped signs, and inverted "T" shaped signs.



**Figure 6A.04(II).   Portable Sign**

**(JJ)** **Projecting Sign.** A sign attached to a building wall that extends more than 12 inches beyond the surface. A Projecting Sign is differentiated from a Wall Sign based on the distance the sign projects from the surface of the building. Awning Signs, Canopy Signs, and Under-Canopy Signs are types of Projecting Signs.



**Figure 6A.04(JJ). Projecting Sign**

**(KK) Projector-Image Sign.** A sign that is displayed by light from a projector.

**(LL) Roof Sign.** A sign that is erected, constructed, and maintained upon, against, or above the roofline of a building or any portion thereof, or any other sign that extends above the roofline. A sign attached to a wall that extends above the roof line is considered a Wall Sign. A sign mounted upon a mansard fascia that does not project above the highest point of the roof or parapet is considered a Wall Sign.



**Figure 6A.04(LL). Roof Sign**

**(MM) Snipe Signs.** Signs attached to light poles, utility poles, street signs, fences, posts, towers, poles, or trees.

**(NN) Support Pole Sign.** A pole-mounted, interchangeable sign affixed to a light pole or decorative pole on private property. A Support Pole Sign is not a Flag, a Pole Sign, or a Snipe Sign.



**Figure 6A.04(NN).         Support Pole Sign**

**(OO) Temporary Sign.** A sign that is intended or designed to be on display for a limited period of time that is not permanently anchored to the ground or a building.

**(PP) Transported Sign.** A sign attached to or pulled by a motor vehicle that may be displayed or affixed to a movable object such as, but not limited to, a car, truck, trailer, or similar transportation device. A Transported Sign does not constitute a Vehicle Sign.



**Figure 6A.04(PP). Transported Sign**

**(QQ)  Under-Canopy Sign.** A sign mounted under a canopy, eave, or awning in a sheltered area intended to direct pedestrians and usually mounted perpendicular to the façade it means to identify. Under-Canopy Signs are also known as Blade Signs.



**Figure 6A.04(QQ).          Under-Canopy Sign/Blade Sign**

**(RR)  Vehicle Sign.** Signs painted on, magnetic to, or attached to a motor vehicle, recreational vehicle, trailer, or watercraft that is placed, parked, or maintained at a particular location for the purpose and intent of conveying a message. A Vehicle Sign is not considered a Transported Sign.



**Figure 6A.04(RR).          Vehicle Sign**

**(SS)  Wall Sign.** A sign that is attached to a building façade with the sign generally parallel to the building face, excluding Window Signs and Roof Signs. On a gable end wall, a Wall Sign may project above the eave line so long as the sign does not project beyond the eave line. A Mural is not a Wall Sign.



**Figure 6A.04(SS). Wall Sign**

**(TT)  Window Sign.** A sign that is applied, painted, or attached to a window or glass door or located in a manner that is clearly visible from the exterior of the building through a window or glass door, excluding window displays.



**Figure 6A.04(TT). Window Sign**

**(UU)  Yard Sign.** A small, Temporary Sign generally characterized by a post or wire frame, non-durable message surface such as cardboard, plastic, or paper, and lack of foundation.

### Section 6A.05. Prohibited Signs
The following signs are prohibited, unless otherwise specifically permitted in this Ordinance.

**(A)  Abandoned Signs**.

**(B)  Add-On Signs.**

**(C)  Air-Activated Signs.**

**(D)  Animated Signs.**

**(E)  Banner Signs**, except as permitted by *(B)*.

**(F)  Bench Signs.**

**(G) Billboard Signs.**

**(H) Certain Types of Illumination.** Signs with the following type of illumination:

    **(1) Temporary Signs.** Illumination of any type of Temporary Sign.

    **(2) Traffic Hazards.** Illumination that could distract motorists or otherwise create a traffic or pedestrian hazard.

    **(3) Glare and Unshielded Illumination.** Use of glaring, undiffused luminaires, or visible bare bulbs, including neon or light emitting diodes.

    **(4) Accent.** Use of bare bulbs, including string lights, neon, or light emitting diodes, or other luminaires to outline windows, doors, or other architectural features.

**(I) Clear-vision Zone.** Signs taller than 30 inches located within the triangular areas defined in §2.09(A)(4) Unobstructed Site Distance.

**(J) Confusing Signs.** Signs that appear like or mimic an Official Sign or use text or graphics similar to those used on an Official Sign that may confuse motorists or create a hazard.

**(K) Electronic Message Center Signs.**

**(L) Feather Signs.**

**(M) Flashing Signs.**

**(N) Festoons**, except when used as decoration commemorating a holiday or accessory to temporary use or special event approved by Canton Township that permits Festoons.

**(O) Murals,** except Murals that are permitted by Canton Township to be applied on buildings owned by Canton Township.

**(P) Obstructions of Safe Access.** Signs that obstruct free ingress or egress to or from a required door, window, fire escape, driveway, or other required access route.

**(Q) Obstructions of Safe Vision.** Signs that obstruct or interfere with an Official Sign, signal, or device or obstruct or interfere with a motorist's vision of approaching, merging, or intersecting vehicles or pedestrian crossings even when consistent with setback or other location provisions of this Ordinance.

**(R) Off-Site Commercial Message Signs.**

**(S) Pole Signs**.

**(T)  Portable Signs**, except as permitted by *(I)*.

**(U)  Projector-Image Signs.**

**(V)  Right-of-Way Signs.** Signs, other than Official Signs, located in, encroaching on, projecting into, or overhanging a street right-of-way, including a sidewalk, driveway, access easement, or street, unless specifically permitted by the road agency.

**(W) Roof Signs**.

**(X)  Searchlights.** Searchlights or spotlights used to draw attention to a location or event.

**(Y)  Snipe Signs.**

**(Z)  State Highway.** Signs subject to the Highway Advertising Act (MCL 252.301 *et seq*) with faces that are visible from an interstate highway, freeway, or primary highway that are in violation of the Highway Advertising Act or do not have a valid annual permit.

**(AA)        Transported Signs** that are not operating lawfully in a right-of-way or moving in a lawful manner.

**(BB)  Unsafe Signs.** Signs that are structurally or electrically unsafe or are constructed in violation of the Michigan Building Code ("Building Code").

**(CC)  Other Signs.** Any other signs not expressly permitted by this Ordinance.

**Section 6A.06. Signs Not Requiring a Sign Permit**
The standards of this section of the Ordinance shall apply to signs and sign maintenance that do not require a sign permit. The following signs and sign maintenance do not require a sign permit, unless otherwise required by the Building Official.

**(A)  Appurtenant Signs**, provided the total area of Appurtenant Signs does not exceed 2 sq. ft. per applicable structure and the signage is shown on the building permit for the structure.

**(B)  Decorations.** Decorations commemorating a holiday.

**(C)  Commercial Message Flags.** See *(D)*). A permit is required for a freestanding flagpole (see §2.03(J)).

**(D)  Noncommercial Message Flags.** Flags with noncommercial messages, but a permit is required for a freestanding flagpole (see §2.03(J)).

**(E)  Maintenance.** Maintenance of an existing sign, including replacement of a sign face with a similar sign face or regular maintenance but excluding enlargement, relocation, replacement, or structural maintenance.

**(F)  Murals** on buildings owned by Canton Township, provided Canton Township has permitted the Mural, retains editorial control over the Mural's message, and retains ownership rights of the Mural. Murals shall comply with the criteria adopted by the Township Board of Trustees that establish clear, non-discriminatory standards for Mural selection, which shall be held on file with the Leisure Services Department.

**(G)  Portable Signs.** See *(I)*.

**(H)  Public Agency Signs.** Signs erected on a Township, State, County, or United States government-owned building or property by that public agency for a public purpose. Pursuant to Chapter 247 of the Wayne County Code, Wayne County may permit the display of signs, banners, or decorations along or over county roads, pursuant to MCL 257.615.

**(I)  Public Notice Signs.** Signs accessory to a public hearing notice.

**(J)  Under-Canopy Signs.** See *(L)*.

**(K)  Vehicle Signs,** provided the vehicles are parked and maintained in accordance with all Township ordinances.

**(L)  Window Signs.** See *(N)*.

**(M) Yard Signs, Noncommercial.** Noncommercial Yard Signs (see *0*).

## Section 6A.07. Substitution

Noncommercial messages shall be permitted on any sign constructed, erected, and maintained in compliance with this Ordinance.

## Section 6A.08. General Sign Provisions

All signs subject to this Ordinance shall meet the general provisions below.

**(A)  Accessory.** Signs shall be accessory to a permitted use, special land use, accessory use, temporary use, or special event use of a site.

**(B)  Dimensional Standards.** Signs shall comply with the dimensional standards outlined in this Article.

**(C)  Clearance.** Permanent, Awning, Canopy, Under-Canopy, and Projecting Signs shall have a ground clearance of at least 8 feet between the bottom of the sign and the finished grade beneath the sign. All Permanent Signs shall have a ground clearance sufficient to not create a hazard to pedestrians, cyclists, or motorists.

**(D) Permanent Sign—Construction.** The following construction standards shall apply to all Permanent Signs, in addition to any requirements in the Building Code.

    **(1) Fastenings.** Signs shall be erected in such a manner and with such materials to remain safe and secure during the period of use, and all bolts, cables, and other metallic parts shall be kept free from corrosion.

    **(2) Structural.** Signs shall comply with the minimum wind pressure and other standards of the Building Code.

    **(3) Electrical Clearance.** Signs and support structures shall have a clearance of at least eight feet from any electrical transmission line, unless otherwise specifically permitted or required by the Building Code.

**(E) Location.** Signs shall comply with the location standards below and elsewhere in this Article.

    **(1) Right-of-Way.** Signs shall not be located within public or private rights-of-way, unless otherwise specifically permitted.

    **(2) Unobstructed Sight Distance.** Signs shall not be located within clear-vision triangle areas, as defined in §2.09(A)(4) Unobstructed Sight Distance.

**(F) Sign Area Measurement.** Sign area shall be expressed in square feet, rounded up to the next integer, and shall be computed as outlined below.

    **(1) Single-Face Signs.** The sign area of single-faced signs shall be the square footage of the sign face as measured by enclosing the most protruding points or edges of the sign face within a single parallelogram, rectangle, circle, oval, or triangle.

    **(2) Double-Face Signs.** The sign area of double-faced signs shall be the area of the largest of the sign faces, as described above, if all sign faces are part of the same structure and the sign faces are within 24 inches of each other; otherwise, the sign area shall be the sum of all of the sign faces.

    **(3) Multiple-Face Signs.** The sign area of signs with three or four faces shall be the total sign area of the largest two sign faces, as described above, if all sign faces are part of the same structure.

    **(4) Three-Dimensional Signs.** The sign area of three-dimensional signs shall be measured computing the total sign area of the largest two faces in a two-dimensional view perpendicular to the sign faces.

**(G) Sign Height Measurement.** Sign height for ground signs shall be the vertical distance measured as outlined below.

(1) **Front-Yard Setback.** The height of ground signs located within required front-yard setbacks shall be measured from the highest point of the sign structure to the top of the public sidewalk closest to the sign or, if a sidewalk is not present, to the closest point at the right-of-way.

(2) **Other Locations.** The height of ground signs outside of required front-yard setbacks shall be measured from the highest point of the sign structure to the grade along the base of the sign.



**Figure 6A.08(G)(2).     Sign Height**

(H) **Sign Setback Measurement.** Sign setback shall have the shortest horizontal distance between any portion of a sign structure and any lot line, right-of-way, structure, or other feature.

(I) **Maintenance.** Signs, including frames, supports, bases, and faces, shall be well-maintained and plumb upright. Signs shall not have peeling or missing paint, rust, rot, sagging, holes, warping, discoloration, fading, tearing, or missing materials or parts, including sign faces.

(J) **Illumination.** Illuminated signs shall meet the lighting standards outlined below. Additional illumination may be specified for specific signs.

(1) **Temporary Signs.** Temporary Signs shall not be illuminated.

(2) **Permanent Signs.** Permanent Signs may be illuminated. Illumination shall use approved electrical devices directed solely at the sign face or internal to the sign.

(3) **Steady and Shielded.** Lighting shall be steady, stationary, and fully shielded with light directed away from adjacent properties and streets.

(4) **Non-Glare.** The use of glaring, undiffused lights or bulbs is prohibited. Glare shall be reduced/minimized in such a manner as to maintain an appropriate level of contrast during the day.

**(5) Bare Bulbs.** Illumination by bare bulbs, including neon tube lighting, or flames is prohibited. This shall not apply to light emitting diodes or digital displays that are part of an Electronic Message Center Sign face, where allowed by this Ordinance.

**(6) Illumination Level.** Maximum illumination levels shall be consistent with §7.02(E) Glare and Heat.

**(7) Timer Controls.** Illuminated signs shall be equipped with an automatic timer. Signs shall only operate from 6:00 a.m., or 30 minutes before the beginning of the use of the site for the day, whichever is earlier, through 10:00 p.m., or 30 minutes after the end of the use of the site for the day, whichever is later.

**(8) Backlighting.** Signs with internal illumination shall have a background color darker than the lettering or graphics to the maximum extent practical.

**(9) Traffic Hazards.** Illumination or glare that could distract motorists or otherwise create a hazard for motorists or pedestrians is prohibited.

**(10) Illumination Type.** Permanent Signs may have the type of illumination listed in the table below unless other illumination is specified for a specific sign type.

| Zoning District | Type of Illumination |
|---|---|
| RA, RR, RE | Backlit Channel<br>Face Lit |
| R-1, R-2, R-3, R-4, R-5, R-6, MR, RHM | Backlit Channel<br>Face Lit |
| MRD, HRD, O-1 | Backlit Channel<br>Face Lit<br>Internally Lit |
| C-1, C-2, C-3, C-4 | Backlit Channel<br>Face Lit<br>Internally Lit |
| LI-R, LI, GI | Backlit Channel<br>Face Lit<br>Internally Lit |
| OSP | Face Lit |
| WC | Face Lit |
| HISTORIC DISTRICTS | Backlit Channel<br>Face Lit |
| CHV | Backlit Channel<br>Face Lit |
| CBD | Backlit Channel<br>Face Lit<br>Internally Lit |
| CHV | Backlit Channel<br>Face Lit |
| CPOD | Backlit Channel<br>Face Lit |

**Section 6A.09. Specific Sign Standards**

In addition to general sign standards, the specific sign standards below shall apply.

(A) **Awning Signs.** Awning Signs are permitted in the following zoning districts subject to the specific standards below and other applicable standards of this Ordinance.

| Awning Signs (See footnotes below table) | | | | | |
|---|---|---|---|---|---|
| **Zoning District** | **Max. Number** | **Max. Sign Area** | **Max. Sign Height** | **Min. Setbacks** | **Max. Length** |
| **RA, RR, RE (Nonresidential Uses Only)** | 1 per site | See footnotes below | 15 feet | Same as building setbacks | N/A |
| **R-1, R-2, R-3, R-4, R-5 (Nonresidential Uses Only)** | 1 per site | See footnotes below | 15 feet | Same as building setbacks | N/A |
| **R-6, MR, RMH (Nonresidential and Multi-Family Uses Only)** | 1 per site | See footnotes below | 15 feet | Same as building setbacks | N/A |
| **C-1, C-2, C-3, C-4** | 1 per tenant | See footnotes below | 20 feet | Same as building setbacks | N/A |
| **MRD, HRD, O-1** | 1 per tenant | See footnotes below | 20 feet | Same as building setbacks | N/A |
| **LI-R, LI, GI** | 1 per tenant | See footnotes below | 20 feet | Same as building setbacks | N/A |
| **OSP** | - | - | - | - | - |
| **WC** | - | - | - | - | N/A |
| **CHV** | 1 per tenant | See footnotes below | 15 feet | Same as building setbacks | N/A |
| **CBD** | 1 per tenant | 9 square feet | Height of building | Same as building setbacks | N/A |
| **CPOD** | See underlying zoning district. | | | | |

**Footnotes to Awning Signs Table**

(1) **Location.** Awning Signs shall be located on an awning attached to a façade facing the front yard or on-site parking.

(2) **Sign Area.** Awning Signs count towards the maximum allowable area of wall signage.

(3) **Awning Area.** Sign area on the awning shall not exceed 50 percent of the total awning area.

(4) **Projection.** Awning Signs shall extend at least 12 inches but not more than 36 inches from the façade. Awning Signs shall project a maximum of one inch from the awning surface.

(5) **Residential Zoning Districts.** Awning Signs in residential zoning districts shall be limited to nonresidential uses and multiple-family uses.

(6) **Materials.** Ultraviolet-resistant architectural fabric, in matte finish, suitable for outdoor use must be used and shall cover the front of the awning frame.

(7) **Frame.** The awning frame shall be constructed of steel or aluminum.

(8) **Loading.** Wind and snow load capacities shall be provided as part of the permit process. Applicants should obtain wind and snow load capacities from the product manufacturer.

(9) **Illumination.** Awning Signs shall not be backlit.

(10) **Clearance.** See *(C)* for clearance requirements below the Awning Sign.

(B) **Banner Signs.** Banner Signs are permitted subject to the specific standards below and other applicable standards of this Ordinance.

(1) **Zoning Districts.** Banner Signs are permitted in the following zoning districts: C-1, C-2, C-3, C-4, LI-R, LI, GI, CBD, CPOD, and CHV.

(2) **Location.** Banner Signs may only be applied directly to a conforming Wall Sign or a conforming Ground Sign. If there is not a Wall Sign, the banner may be placed in a conforming area on the wall face.

(3) **Maximum Area.** Banner Signs placed over existing signs shall not exceed the area of the existing sign. Banner Signs placed on a wall face shall not exceed the maximum area for a Wall Sign.

(4) **Maximum Height.** A Banner Sign applied onto a wall face shall comply with the maximum height requirements of the zoning district.

(5) **Illumination.** Banner Signs shall not be illuminated.

(6) **Permitting and Duration.** Banner Signs may be displayed for a total period of up to 18 weeks within a calendar year that the first permit was issued. Six (6) permits may be issued per calendar year, with each permit allowing banners to be displayed for up to but not exceeding 3 weeks.

**(C) Canopy Signs.** Canopy Signs are permitted in the following zoning districts subject to the specific standards below and other applicable standards of this Ordinance.

| Canopy Signs (See footnotes below table) | | | | | |
|---|---|---|---|---|---|
| **Zoning District** | **Max. Number** | **Max. Sign Area** | **Max. Sign Height** | **Min. Setbacks** | **Max. Length** |
| **RA, RR, RE (Nonresidential Uses Only)** | 1 per building | 6 square feet | 15 feet | Same as attached structure | N/A |
| **R-1, R-2, R-3, R-4, R-5 (Nonresidential Uses Only)** | 1 per building | 6 square feet | 15 feet | Same as attached structure | N/A |
| **R-6, MR, RMH (Nonresidential and Multi-Family Uses Only)** | 1 per building | 6 square feet | 15 feet | Same as attached structure | N/A |
| **C-1, C-2, C-3, C-4** | 1 per frontage | 8 square feet | 20 feet | Same as attached structure | N/A |
| **MRD, HRD, O-1** | 1 per building | 8 square feet | 20 feet | Same as attached structure | N/A |
| **LI-R, LI, GI** | 1 per building | 20 square feet | 20 feet | Same as attached structure | N/A |
| **OSP** | - | - | - | - | - |
| **WC** | - | - | - | - | - |
| **CHV** | 1 per tenant | 9 square feet | 15 feet | N/A | N/A |
| **CBD** | See underlying zoning district. | | | | |
| **CPOD** | See underlying zoning district. | | | | |

**Footnotes to Canopy Signs Table**

(1) **Location.** Canopy Signs shall face a front yard or on-site parking.

(2) **Sign Area.** Canopy Sign area counts towards the maximum allowable Wall Sign area.

(3) **Projection.** Canopy Signs shall project a maximum of 6 inches in front of the canopy and a maximum of 2 feet above the top of the canopy.

(4) **Residential Zoning Districts.** Canopy Signs in residential zoning districts shall be limited to nonresidential uses and multiple-family uses.

(5) **Clearance.** See *(C)* for clearance requirements below the Canopy Sign.

**(D) Commercial Message Flags.** Commercial Message Flags are subject to the specific standards below and other applicable standards of this Ordinance:

(1) **Location.** Commercial Message Flags are permitted accessory to nonresidential uses and multiple-family residential uses in any zoning district.

(2) **Maximum Number.** A maximum of 1 Commercial Message Flag is permitted per parcel.

(3) **Dimensions.** Commercial Message Flags shall have a maximum width of 6 feet and a maximum height of 4 feet.

(4) **Mounting.** Commercial Message Flags shall be attached to a freestanding or building-mounted flagpole.

(5) **Content.** Commercial message flags shall not contain off-site commercial message content.

(E) **Drive-Through Signs.** The following standards apply to signs accessory to an approved drive-through use, such as a drive-through restaurant, pharmacy, car wash, oil change establishment, or bank.

(1) **Accessory.** Drive-Through Signs may be permitted accessory to a permitted or special land use with a drive-through operation.

(2) **Number.** There shall be a maximum of one Drive-Through Sign per drive-through lane.

(3) **Location.** Drive-Through Signs shall be located adjacent to the driver side of the stacking lane.

(4) **Display Area.** The maximum display area for Drive-Through Signs is 28 square feet.

(5) **Height.** The maximum height for Drive-Through Signs shall be 8 feet.

(6) **Setback.** Drive-Through Signs shall be set back at least 20 feet from residentially zoned or used properties and at least 10 feet from all other lot lines.

(7) **Lighting.** Lighting for Drive-Through Signs shall not create glare visible from off the site.

(8) **Sound.** Sound from Drive-Through Signs shall not be audible from off the site.

(F) **Entranceway Monument Signs.** Entranceway Monument Signs are permitted at the entrances of residential developments in the following zoning districts subject to the specific standards below and other applicable standards of this Ordinance.

| Entranceway Monument Signs (See footnotes below table) | | | | | |
|---|---|---|---|---|---|
| Zoning District | Max. Number Per Residential Development | Max. Sign Area | Max. Sign Height | Min. Setbacks | Max. Sign Length |
| RA, RR, RE | 1 per side per entrance of a residential development | 32 square feet | 6 feet | 10 feet from rights-of-way, 4 feet from exterior lot lines, 1 foot from interior lot lines | 12 feet |
| R-1, R-2, R-3, R-4, R-5 | 1 per side per entrance of a residential development | 32 square feet | 6 feet | 10 feet from rights-of-way, 4 feet from exterior lot lines, 1 foot from interior lot lines | 12 feet |
| R-6, MR, RMH | 1 per side per entrance of a residential development | 32 square feet | 6 feet | 10 feet from rights-of-way, 4 feet from exterior lot lines, 1 foot from interior lot lines | 12 feet |
| C-1, C-2, C-3, C-4 | - | - | - | - | - |
| MRD, HRD | 1 per side per entrance of a residential development | 32 square feet | 6 feet | 10 feet from rights-of-way, 4 feet from exterior lot lines, 1 foot from interior lot lines | 12 feet |
| O-1 | - | - | - | - | - |
| LI-R, LI, GI | - | - | - | - | - |
| OSP | - | - | - | - | - |
| WC | - | - | - | - | - |
| CHV | 1 per side per entrance of a residential development | 32 square feet | 6 feet | 10 feet from rights-of-way, 4 feet from exterior lot lines, 1 foot from interior lot lines | 12 feet |
| CBD | - | - | - | - | - |
| CPOD | See underlying zoning district. | | | | |

**Footnotes to Entryway Monument Signs Table**

(1) **Sign Area.** The structure or wall that the Entranceway Monument Sign is attached to or integrated into may be larger than the maximum sign area.

(2) **Sign Height.** The structure or wall the Entranceway Monument Sign is attached to may be taller than the maximum sign height.

(3) **Masonry Base.** Entranceway Monument Signs shall have a masonry base. The masonry base shall have a height of at least 18 inches and shall not exceed a height of 36 inches. The masonry base shall have a length at least equal to the length of the

sign area. The sign may be incorporated into a masonry wall, provided the wall complies with §2.20 of this Ordinance.

(4) **Boulevard Island Option.** An Entranceway Monument Sign may be located on a landscaped boulevard island, provided that:

    (a) **Setbacks.** The nearest edge of the sign must be set back at least 10 feet from the right-of-way of the intersecting street and 4 feet from all adjacent curbs;

    (b) **Unobstructed Sight Distance.** Except as allowed here, Entranceway Monument Signs shall not be located within clear-vision triangle areas, as defined in §2.09(A)(4) Unobstructed Sight Distance; and

    (c) **County Permit.** If an Entranceway Monument Sign in a boulevard island is within a County road right-of-way, a copy of the permit from the Wayne County Road Commission must be provided.

(5) **Illumination.** Entranceway Monument Signs shall be face lit or back channel lit.

(6) **Landscaping.** The area surrounding Entranceway Monument Signs shall be landscaped in accordance with this Ordinance to match the design characteristics of the site. The landscaping shall be maintained such that the sign remains clearly legible to passing motorists.

(7) **Sanitation.** The area surrounding Entranceway Monument Signs shall be kept clean, sanitary, and free from obnoxious and offensive substances, weeds, rubbish, and nonflammable material.

(8) **Electrical Supply.** Electrical wiring associated with Entranceway Monument Signs shall be installed underground.

**(G) Ground Signs.** Ground signs are permitted for nonresidential uses in the following zoning districts subject to the specific standards below and other applicable standards of this Ordinance.

| Ground Signs (See footnotes below table) | | | | | |
|---|---|---|---|---|---|
| **Zoning District** | **Max. Number Per Parcel** | **Max. Sign Area** | **Max. Sign Height** | **Min. Setbacks** | **Max. Length** |
| **RA, RR, RE (Nonresidential Uses Only)** | 1 per road frontage with access | 32 square feet | 6 feet | 10 feet from all lot lines, right-of-way lines, and the edge of the pavement of any driveway entrance off of the right-of-way | 12 feet |

| Ground Signs (See footnotes below table) | | | | | |
|---|---|---|---|---|---|
| **Zoning District** | **Max. Number Per Parcel** | **Max. Sign Area** | **Max. Sign Height** | **Min. Setbacks** | **Max. Length** |
| **R-1, R-2, R-3, R-4, R-5 (Nonresidential Uses Only)** | 1 per road frontage with access | 32 square feet | 6 feet | 10 feet from all lot lines, right-of-way lines, and the edge of the pavement of any driveway entrance off of the right-of-way | 12 feet |
| **R-6, MR, RMH (Nonresidential Uses Only)** | 1 per road frontage with access | 32 square feet | 6 feet | 10 feet from all lot lines, right-of-way lines, and the edge of the pavement of any driveway entrance off of the right-of-way | 12 feet |
| **C-1, C-2, C-3, C-4** | 1 per road frontage with access | 32 square feet | 6 feet | 10 feet from all lot lines, right-of-way lines, and the edge of the pavement of any driveway entrance off of the right-of-way | 12 feet |
| **MRD, HRD, O-1 (Nonresidential Uses Only)** | 1 per road frontage with access | 32 square feet | 6 feet | 10 feet from all lot lines, right-of-way lines, and the edge of the pavement of any driveway entrance off of the right-of-way | 12 feet |
| **LI-R, LI, GI** | 1 per road frontage with access | 32 square feet | 6 feet | 10 feet from all lot lines, right-of-way lines, and the edge of the pavement of any driveway entrance off of the right-of-way | 12 feet |
| **OSP** | - | - | - | - | - |
| **WC** | - | - | - | - | - |
| **CHV** | - | - | - | - | - |
| **CBD** | 1 per road frontage with access | 32 square feet | 6 feet | 10 feet from all lot lines, right-of-way lines, and the edge of the pavement of any driveway entrance off of the right-of-way | 12 feet |
| **CPOD** | See underlying zoning district. | | | | |

**Footnotes to Ground Signs Table**

**(1)  Location.** Ground Signs shall be located in front yards.

**(2)  Setback from Interstate-275.** Ground Signs shall be at least 200 feet from the Interstate-275 right-of-way.

**(3)  Masonry Base.** Ground Signs shall have a masonry base. The masonry base shall have a height of at least 18 inches and shall not exceed a height of 36 inches. In the Central Business District Overlay where a garden wall is adjacent, the masonry base shall be equal to the height of the garden wall. The masonry base shall have a length at least equal to the length of the sign area. Masonry enclosing the sides or top of the face of the sign shall not extend beyond the maximum allowable width and height of the sign.

**(4)  Construction Type and Illumination.** Ground Signs may be of a cabinet, internally-illuminated style. Only the sign content, such as lettering and logo, shall be translucent. The background shall be of opaque material, such as a routed panel. The color of the sign content must contrast with the color of the background.

**(5)  Legibility and Lettering.** The primary letters on Ground Signs shall meet the legibility and lettering standards below.

    **(a)  Sans Serif Fonts.** "Block" style or sans serif lettering shall be at least 10 inches tall.

    **(b)  Serif Fonts.** "Script" or other serif lettering shall be at least 12 inches tall.

    **(c)  Supplemental, Secondary, or Auxiliary Information.** Supplemental, secondary, or auxiliary information on a Ground Sign may use lettering that is at least 50 percent of the minimum font size required for the primary message and shall be limited to a maximum of 25 percent of the sign area.

    **(d)  Minimum Lettering Size.** Minimum lettering size is based on capital or upper-case letters. Lower case letters used in combination with capital letters shall be proportional in size based on industry graphic standards.



**Figure 6A.09(G)(5).**　　　**Ground Sign Design Requirements**

(6) **Decorative Frame.** A decorative frame may extend 1 foot to each side and 1 foot above the sign face, provided the decorative frame does not exceed the maximum height and width limits above.

(7) **Landscaping.** The area surrounding Ground Signs shall be landscaped in accordance with this Ordinance to match the design characteristics of the site. The landscaping shall be maintained such that the sign remains clearly legible to passing motorists.

(8) **Sanitation.** The area surrounding Ground Signs shall be kept clean, sanitary, and free from obnoxious and offensive substances, weeds, rubbish, and nonflammable material.

(9) **Electrical Supply.** Electrical wiring associated with Ground Signs shall be installed underground.

(10) **Unobstructed Sight Distance.** See §2.09(A)(4) Unobstructed Site Distance.

(H) **Multiple-Tenant Signs.** Multiple-Tenant Signs are permitted in the following zoning districts subject to the specific standards below and other applicable standards of this Ordinance.

(1) **Smaller Projects.** Multiple-Tenant Signs for projects with a gross floor area of less than 40,000 square feet shall be subject to the specific standards below.

| Smaller Project Multiple-Tenant Signs (See additional provisions below) | | | | | |
|---|---|---|---|---|---|
| Zoning District | Max. Number | Max. Sign Area | Max. Sign Height | Min. Setbacks | Max. Length |
| C-1 | 1 per public road frontage with access | 42 square feet | 8 feet | 3 feet from rights-of- way and behind garden wall | 12 feet |
| C-2, C-3, C-4 | 1 per public road frontage with access | 48 square feet | 8 feet | 3 feet from rights-of- way and behind garden wall | 12 feet |
| MRD, HRD | - | - | - | - | - |
| O-1 | 1 per public road frontage with access | 42 square feet | 8 feet | 3 feet from rights-of- way and behind garden wall | 12 feet |
| LI-R, LI, GI | 1 per public road frontage with access | 48 square feet | 8 feet | 3 feet from rights-of-way | 12 feet |
| OSP | - | - | - | - | - |
| WC | - | - | - | - | - |
| CHV | - | - | - | - | - |
| CBD | See underlying zoning district. | | | | |
| CPOD | See underlying zoning district. | | | | |

**(2) Larger Projects.** Multiple-Tenant Signs for projects with a gross floor area of 40,000 or more square feet or with a lot area of four or more acres shall be subject to the specific standards below.

| Larger Project Multiple-Tenant Signs (See additional provisions below) | | | | | |
|---|---|---|---|---|---|
| Zoning District | Max. Number | Max. Sign Area | Max. Sign Height | Min. Setbacks | Max. Length |
| C-2, C-3 | 1 per public road frontage with access | 91.67 square feet | 15 feet for sign, 11 feet for sign face | 3 feet from rights-of-way and behind garden wall | 10 feet for sign, 8 ft.-4 in. for sign face |
| C-4 | 1 per public road frontage with access | 91.67 square feet | 15 feet for sign, 11 feet for sign face | 3 feet from rights-of- way and behind garden wall | 10 feet for sign, 8 ft.-4 in. for sign face |
| MRD, HRD | - | - | - | - | - |
| O-1 | 1 per public road frontage with access | 91.67 square feet | 15 feet for sign, 11 feet for sign face | 3 feet from rights-of- way and behind garden wall | 10 feet for sign, 8 ft.-4 in. for sign face |
| LI-R, LI, GI | 1 per public road frontage with access | 91.67 square feet | 15 feet for sign, 11 feet for sign face | 3 feet from rights-of-way | 10 feet for sign, 8 ft.-4 in. for sign face |
| OSP | - | - | - | - | - |
| WC | - | - | - | - | - |
| CHV | - | - | - | - | - |
| CBD | See underlying zoning district. | | | | |
| CPOD | See underlying zoning district. | | | | |

**(3) Master Sign Plan.** Master sign plan approval is required for a Multiple-Tenant Sign. See ***Error! Reference source not found.***.

**(4) Design.** Multiple-Tenant Signs shall comply with the Canton Township Multiple-Tenant Sign standards adopted by the Township Board of Trustees, which shall be held on file with the Building & Inspection Services Division and Planning Services Division.

**(5) Construction Type, Illumination, and Background.** Multiple-Tenant Signs must be of a cabinet, internally-illuminated style. Only the sign content, such as lettering and logo, shall be translucent. The background shall be of opaque material, such as a routed panel. The color of the sign content must contrast with the color of the background and the background color for all signs on a Multiple-Tenant Sign shall be the same.

**(6) Legibility and Lettering.** The primary letters on Multiple-Tenant Signs shall meet the legibility and lettering standards below.

(a) **Sans Serif Fonts.** "Block" style or sans serif lettering shall be at least 10 inches tall.

(b) **Serif Fonts.** "Script" or other serif lettering shall be at least 12 inches tall.

(c) **Supplemental, Secondary, or Auxiliary Information.** Supplemental, secondary, or auxiliary information on a Multiple-Tenant Sign may use lettering that is at least 50 percent of the minimum font size required for the primary message and shall be limited to a maximum of 25 percent of the sign area.

(d) **Minimum Lettering Size.** Minimum lettering size is based on capital or upper-case letters. Lower case letters used in combination with capital letters shall be proportional in size based on industry graphic standards.

(7) **No Additional Ground Sign.** If an owner elects to construct a Multiple Tenant Sign on a site, the Multiple-Tenant Sign shall be the only permitted Ground Sign and no other Ground Sign(s) shall be allowed in addition to a Multiple-Tenant Sign, unless explicitly permitted in this Ordinance.

(8) **Unobstructed Sight Distance.** See §2.09(A)(4) Unobstructed Site Distance.

(9) **Boulevard Island Option.** An Entranceway Monument Sign may be located on a landscaped boulevard island, provided that:

(a) **Setbacks.** The nearest edge of the sign must be set back at least 10 feet from the right-of-way of the intersecting street and four feet from all adjacent curbs;

(b) **Unobstructed Sight Distance.** Except as allowed here, Multiple-Tenant Signs shall not be located within clear-vision triangle areas, as defined in §2.09(A)(4) Unobstructed Sight Distance; and

(c) **County Permit.** If Multiple-Tenant Sign in a boulevard island is within a County road right-of-way, a copy of the permit from the Wayne County Road Commission must be provided.

(I) **Portable Signs.** Portable Signs are permitted in the following zoning districts subject to the specific standards below and other applicable standards of this Ordinance.

| Portable Signs (See footnotes below table) | | | | | |
|---|---|---|---|---|---|
| Zoning District | Max. Number | Max. Sign Area | Max. Sign Height | Min. Setbacks | Max Duration |
| RA, RR, RE | 1 per parcel | 6 square feet | 3 feet | 3 feet | 7 days per calendar month |
| R-1, R-2, R-3, R-4, | 1 per parcel | 6 square feet | 3 feet | 3 feet | 7 days per calendar month |

| Portable Signs (See footnotes below table) | | | | | |
|---|---|---|---|---|---|
| Zoning District | Max. Number | Max. Sign Area | Max. Sign Height | Min. Setbacks | Max Duration |
| R-5 | | | | | |
| R-6, MR, RMH | 1 per parcel | 6 square feet | 3 feet | 3 feet | 7 days per calendar month |
| C-1, C-2, C-3, C-4 | 1 per tenant | 6 square feet | 4 feet | 3 feet | See footnote (5) |
| MRD, HRD, O-1 | 1 per tenant | 6 square feet | 4 feet | 3 feet | See footnote (5) |
| LI-R, LI, GI | 1 per tenant | 6 square feet | 4 feet | 3 feet | See footnote (5) |
| OSP | - | - | - | - | - |
| WC | 1 | 6 square feet | 3 feet | 3 feet | See footnote (5) |
| CHV | 1 per tenant | 6 square feet | 4 feet | None | See footnote (5) |
| CBD | See underlying zoning district. | | | | |
| CPOD | See underlying zoning district. | | | | |

### Footnotes to Portable Signs Table

(1) **Location, Residential.** Portable Signs accessory to a residential use in a residential zoning district shall be located on a common amenity within a residential development. Portable Signs accessory to a special event shall be located on the site of the special event.

(2) **Location, Nonresidential.** Portable Signs accessory to a nonresidential use shall be located within 10 feet of a building entrance door. There must be at least 5 feet of unobstructed sidewalk width.

(3) **Secured.** Portable Signs must be secured to prevent movement due to wind.

(4) **Special Event.** Portable Signs accessory to a residential use must be accessory to a special event.

(5) **Removal.** Portable Signs accessory to a nonresidential use must be stored indoors whenever the use is closed.

(J) **Projecting Signs.** Projecting Signs are permitted in the following zoning districts subject to the specific standards below and other applicable standards of this Ordinance.

| Projecting Signs (See footnotes below table) | | | | | |
|---|---|---|---|---|---|
| Zoning District | Max. Number | Max. Sign Area | Max. Sign Height | Min. Setbacks | Max. Length |
| RA, RR, RE | - | - | - | - | - |

| Projecting Signs (See footnotes below table) | | | | | |
|---|---|---|---|---|---|
| **Zoning District** | **Max. Number** | **Max. Sign Area** | **Max. Sign Height** | **Min. Setbacks** | **Max. Length** |
| **R-1, R-2, R-3, R-4, R-5** | - | - | - | - | - |
| **R-6, MR, RMH** | - | - | - | - | - |
| **C-1, C-2, C-3, C-4** | See footnote (1) | 9 square feet | 15 feet | Same as principal building; may project 3 feet into front-yard setback | 3 feet |
| **MRD, HRD, O-1** | See footnote (1) | 9 square feet | 15 feet | Same as principal building; may project 3 feet into front-yard setback | 3 feet |
| **LI-R, LI, GI** | See footnote (1) | 9 square feet | 15 feet | Same as principal building; may project 3 feet into front-yard setback | 3 feet |
| **OSP** | - | - | - | - | - |
| **WC** | - | - | - | - | - |
| **CHV** | See footnote (1) | 9 square feet | 20 feet | Same as principal building; may project 3 feet into right-of-way | 3 feet |
| **CBD** | See underlying zoning district. | | | | |
| **CPOD** | See underlying zoning district. | | | | |

**Footnotes to Projecting Signs Table**

(1)  **Number.** There shall be a maximum of 1 Projecting Sign per tenant.

(2)  **Area.** Projecting Sign area shall be counted as part of the allowable Wall Sign area.

(3)  **Angle.** Projecting Signs shall be mounted 90 degrees to the façade to which they are attached.

(4)  **Clearance.** See *(C)* for clearance requirements below the Projecting Sign.

(K)  **Support Pole Signs.** Support Pole Signs are permitted in the following zoning districts subject to the specific standards below and other applicable standards of this Ordinance.

| Support Pole Signs (See footnotes below table) | | | | | |
|---|---|---|---|---|---|
| **Zoning District** | **Max. Number** | **Max. Sign Area** | **Max. Sign Height** | **Min. Setbacks** | **Max. Dimensions** |
| **RA, RR, RE** | 2 per residential development entrance | 10 square feet per sign | 12 feet | 10 feet from rights-of-way, 2 feet from lot lines and roads | See footnote (4) |
| **R-1, R-2, R-3, R-4,** | 2 per residential development | 10 square feet per | 12 feet | 10 feet from rights-of-way, 2 feet from | See footnote (4) |

| Support Pole Signs (See footnotes below table) | | | | | |
|---|---|---|---|---|---|
| **Zoning District** | **Max. Number** | **Max. Sign Area** | **Max. Sign Height** | **Min. Setbacks** | **Max. Dimensions** |
| **R-5** | entrance | sign | | lot lines and roads | |
| **R-6, MR, RMH** | 2 per residential development entrance | 10 square feet per sign | 12 feet | 10 feet from rights-of-way, 2 feet from lot lines and roads | See footnote (4) |
| **C-1, C-2, C-3, C-4** | See footnote (2) | 10 square feet per sign | 15 feet | 10 feet from rights-of-way and lot lines, 2 feet from driveways | See footnote (4) |
| **MRD, HRD, O-1** | See footnote (2) | 10 square feet per sign | 15 feet | 10 feet from rights-of-way and lot lines, 2 feet from driveways | See footnote (4) |
| **LI-R, LI, GI** | See footnote (2) | 10 square feet per sign | 15 feet | 10 feet from rights-of-way and lot lines, 2 feet from driveways | See footnote (4) |
| **OSP** | See footnote (2) | 9 square feet per sign | 12 feet | 10 feet from rights-of-way and lot lines, 2 feet from driveways | See footnote (4) |
| **WC** | - | - | - | - | - |
| **CHV** | See footnote (2) | 9 square feet per sign | 15 feet | 10 feet from rights-of-way and lot lines, 2 feet from driveways | See footnote (4) |
| **CBD** | See underlying zoning district. | | | | |
| **CPOD** | See underlying zoning district. | | | | |

### Footnotes to Support Pole Signs Table

(1) **Location.** Support Pole Signs must be located on a light pole or decorative pole on private property or on public property with the permission of the applicable public entity. The setback requirements above do not apply to Support Pole Signs in a public right-of-way that are installed by a public agency.

(2) **Number of Signs.** There shall be a maximum of 2 signs per pole and a maximum of 1 sign for every 3 poles. The limit on the maximum number of poles does not apply to Support Pole signs in a public right-of-way that are installed by a public agency.

(3) **Decorative Nature and Content.** Support Pole Signs must be decorative in nature and shall not contain a commercial message.

**(4)   Dimensions.** Support Pole Signs shall have a maximum width of 2 feet and a maximum height of 5 feet.

**(5)   Attachment.** The method of attachment must be consistent with the design of the pole and must be sufficiently durable to safely hold the sign.

**(L)   Under-Canopy Signs.** Under-Canopy Signs are permitted in the following zoning districts subject to the specific standards below and other applicable standards of this Ordinance.

| Under-Canopy Signs (See footnotes below table) | | | | | |
|---|---|---|---|---|---|
| **Zoning District** | **Max. Number** | **Max. Sign Area** | **Max. Sign Height** | **Min. Setbacks** | **Max. Length** |
| **RA, RR, RE** | - | - | - | - | - |
| **R-1, R-2, R-3, R-4, R-5** | - | - | - | - | - |
| **R-6, MR, RMH** | - | - | - | - | - |
| **C-1, C-2, C-3, C-4** | 1 per tenant | 3.5 square feet | 12 inches | Same as principal building | 42 inches |
| **MRD, HRD, O-1** | 1 per tenant | 3.5 square feet | 12 inches | Same as principal building | 42 inches |
| **LI-R, LI, GI** | 1 per tenant | 3.5 square feet | 12 inches | Same as principal building | 42 inches |
| **OSP** | - | - | - | - | - |
| **WC** | - | - | - | - | - |
| **CHV** | 1 per tenant | 3.5 square feet | 12 inches | Same as principal building; may project 3 feet into right-of-way | 42 inches |
| **CBD** | 1 per tenant | 3.5 square feet | 12 inches | Same as principal building | 42 inches |
| **CPOD** | 1 per tenant | 3.5 square feet | 12 inches | Same as principal building | 42 inches |

**Footnotes to Under-Canopy Signs Table**

**(1)   Location.** Under-Canopy Signs shall be located under a canopy or similar covered pedestrian area.

**(2)   Illumination.** Under-Canopy Signs may be face lit.

**(3)   Clearance.** See _(C)_ for clearance requirements below the Under-Canopy Sign.

**(M) Wall Signs.** Wall Signs are permitted in the following zoning districts subject to the specific standards below and other applicable standards of this Ordinance.

| Wall Signs (See footnotes below table) | | | | | |
|---|---|---|---|---|---|
| **Zoning District** | **Max. Number** | **Max. Sign Area** | **Max. Sign Height** | **Min. Setbacks** | **Max. Length** |
| **RA, RR, RE (Nonresidential Buildings Only)** | 1 | See footnote (4) | See footnote (6) | Same as principal building | N/A |
| **R-1, R-2, R-3, R-4, R-5 (Nonresidential Buildings Only)** | 1 | See footnote (4) | See footnote (6) | Same as principal building | N/A |
| **R-6, MR, RMH (Nonresidential Buildings Only)** | 1 | See footnote (4) | See footnote (6) | Same as principal building | N/A |
| **C-1, C-2, C-3, C-4** | N/A | See footnote (5) | See footnote (6) | Same as principal building | N/A |
| **MRD, HRD, O-1** | N/A | See footnote (5) | See footnote (6) | Same as principal building | N/A |
| **LI-R, LI, GI** | N/A | See footnote (5) | See footnote (6) | Same as principal building | N/A |
| **OSP** | - | - | - | - | - |
| **WC** | - | - | - | - | - |
| **CHV** | | See footnote (5) | See footnote (6) | Same as principal building | N/A |
| **CBD** | See underlying zoning district. | | | | |
| **CPOD** | See underlying zoning district. | | | | |

### Footnotes to Walls Signs Table

(1) **Location.** Wall Signs shall be attached to a building façade and shall face a front yard, on-site parking, shared circulation drive, rear entrance, or Interstate-275.

(2) **Architectural compatibility.** Wall Signs shall be architecturally compatible with the building it is attached to.

(3) **Projection.** Wall Signs shall not project more than 12 inches from the building façade.

(4) **Sign Area in Residential Zoning Districts.** Maximum Wall Sign area in residential zoning districts shall be 24 square feet for nonresidential buildings in a residential development (e.g., clubhouse or office) and 50 square feet for all other nonresidential buildings.

(5) **Sign Area in Commercial, Office, and Industrial Zoning Districts.** The maximum Wall Sign area in commercial, office, and industrial zoning districts is based on the length of the principal façade of the building or tenant space and the distance between the façade and the right-of-way or front lot line, as outlined in the table below.

| Distance between Façade and Right-of-Way | Maximum Sign Area per Linear Frontage of Building or Tenant Space |
|---|---|
| 0 feet to 150 feet | 1 square foot per 1 linear foot, not to exceed 100 sq. ft. |
| 150.1 feet to 449.9 feet | 1 square foot per 1 linear foot, not to exceed two-thirds (2/3) square foot per 1 foot of setback distance between the façade and front lot line. |
| 450 feet or greater | 1 square feet per 1 linear foot, not to exceed 300 sq. ft. |



**Figure 6A.09 (M)(5)-1. Setback of Wall Sign**



**Figure 6A.09(M)(5)-2. Wall Sign Area**

(a) **Corner Lot or Corner/End Unit.** The maximum Wall Sign area for buildings on sites with multiple front yards or tenant spaces that occupy end or corner units of a multiple-tenant building shall be equal to 150 percent of the maximum Wall Sign area allowed for the building or tenant space, as

applicable. The maximum Wall Sign area for any façade shall not exceed the maximum Wall Sign area in footnote (5) above.

**Figure 6A.09(M)(5)-3.      Corner Lot or Corner/End Unit**

(b) **Rear Façade.** Buildings on sites with rear access from a dedicated right-of-way or shared service drive or circulation lane may have an additional Wall Sign on the rear façade for each tenant, subject to the conditions below.

   (i) **Access.** The rear of the site must directly border or contain dedicated circulation routes that are shared between at least two sites and are intended primarily for consumer traffic. Rear alleys and loading and unloading access drives do not qualify.

   (ii) **Sign Area.** The maximum sign area for each rear façade Wall Sign is 10 square feet.

   (iii) **Residential Areas.** Rear façade Wall Signs shall not face a residentially-zoned or residentially-used property.

(6) **Height.** Wall Signs shall comply with the maximum height requirements of the zoning district.

(7) **Construction Type.** Wall Signs may be of a free-floating channel letter or other applied letter either internally or externally illuminated. If a raceway is used, it must be painted or manufactured to match the color of the wall to which it is mounted.

**(8)** **Legibility.** The primary letters on Wall Signs shall meet the legibility and lettering standards below.

    **(a)** **Sans Serif Fonts.** "Block" style or sans serif lettering shall be at least 14 inches tall.

    **(b)** **Serif Fonts.** "Script" or other serif lettering shall be at least 17 inches tall.

    **(c)** **Supplemental, Secondary, or Auxiliary Information.** Supplemental, secondary, or auxiliary information on a Wall Sign may use lettering that is at least 50 percent of the minimum font size required for the primary message and shall be limited to a maximum of 30 percent of the sign area.

    **(d)** **Minimum Lettering Size.** Minimum lettering size is based on capital or upper-case letters. Lower case letters used in combination with capital letters shall be proportional in size based on industry graphic standards.

**(N)** **Window Signs.** Window Signs are permitted in all zoning districts subject to the specific standards below and other applicable standards of this Ordinance.

    **(1)** **Location.** Window Signs shall face a front yard or on-site parking.

    **(2)** **Sign Area.** The maximum sign area shall be equal to 25 percent of the glazed area of the individual window to which it is attached to or visible through.

    **(3)** **Visibility.** Window Signs must be placed in a manner to ensure visibility into the building for police officers and emergency responders.

**(O)** **Yard Signs.** Yard Signs are permitted in the following zoning districts subject to the specific standards below and other applicable standards of this Ordinance.

| Yard Signs (See footnotes below table) | | | | | |
|---|---|---|---|---|---|
| **Zoning District** | **Max. Number** | **Max. Sign Area Per Site** | **Max. Sign Height** | **Min. Setbacks** | **Max. Duration** |
| **RA, RR, RE (See Footnote (3))** | N/A | 6 square feet per sign, 24 square feet total | 4 feet | 5 feet from all lot lines | N/A |
| **R-1, R-2, R-3, R-4, R-5 (See Footnote (3))** | N/A | 6 square feet per sign, 24 square feet total | 4 feet | 5 feet from all lot lines | N/A |
| **R-6, MR, RMH (See Footnote (3))** | N/A | 6 square feet per sign, 24 square feet total | 4 feet | 5 feet from all lot lines | N/A |

| Yard Signs (See footnotes below table) | | | | | |
|---|---|---|---|---|---|
| Zoning District | Max. Number | Max. Sign Area Per Site | Max. Sign Height | Min. Setbacks | Max. Duration |
| C-1, C-2, C-3, C-4 (See Footnote (4)) | 1 per site | 24 square feet | 6 feet | 5 feet from all lot lines for noncommercial message signs; See Footnote (4) for Commercial Message Signs | N/A for noncommercial message signs; See Footnote (4) for Commercial Message Signs |
| MRD, HRD, O-1 (See Footnote (4)) | 1 per site | 24 square feet | 6 feet | 5 feet from all lot lines for noncommercial message signs; See Footnote (4) for Commercial Message Signs | N/A for noncommercial message signs; See Footnote (4) for Commercial Message Signs |
| LI-R, LI, GI (See Footnote (4)) | 1 per site | 24 square feet | 6 feet | 5 feet from all lot lines for noncommercial message signs; See Footnote (4) for Commercial Message Signs | N/A for noncommercial message signs; See Footnote (4) for Commercial Message Signs |
| OSP | - | - | - | - | - |
| WC | - | - | - | - | - |
| CHV (See Footnotes (3) and (4)) | 1 per site for nonresidential uses; N/A for residential uses | 24 sq. ft. for nonresidential uses; 6 square feet per sign, 24 square feet total for residential uses | 4 feet | 5 feet from all lot lines for residential uses and noncommercial message signs; See Footnote (4) for Commercial Message Signs for nonresidential uses | N/A for residential uses and noncommercial message signs; See Footnote (4) for Commercial Message Signs for nonresidential uses |
| CBD | See underlying zoning district. | | | | |
| CPOD | See underlying zoning district. | | | | |

**Footnotes to Yard Signs Table**

(1) **Illumination.** Yard Signs shall not be illuminated.

(2) **Unobstructed Sight Distance.** See §2.09(A)(4) Unobstructed Site Distance.

(3) **Yard Signs in a Residential Zoning District and/or on Residential Land Use Sites.** Yard Signs in a residential zoning district and/or on a residential land use site may not contain a commercial message, except 1 on-site commercial message Yard Sign that does not exceed 6 sq. ft. in area and 4 ft. in height may be permitted.

(4) **Commercial Message Yard Signs in a Nonresidential Zoning District.** Commercial message Yard Signs in a nonresidential zoning district must comply with the following requirements:

> (a) **Permitting and Duration.** Commercial message Yard Signs must have a permit from the Building & Inspection Services Division and may be displayed for a period of up to 90 days for each permit. Four (4) permits may be issued per calendar year.

> (b) **Setbacks.** Commercial message Yard Signs must be located at least 10 feet from a front lot line or public road right-of-way, and at least 50 feet from a driveway, side lot line, and any other sign on the site.

**Section 6A.10. Master Sign Plans**
Master sign plans are subject to the specific standards and processes below and other applicable standards of this Ordinance.

(A) **General Provisions.** Master sign plans shall be subject to the general provisions below.

(1) **Certain Developments.** Multiple-tenant, non-residential developments in commercial and industrial zoning districts may have a master sign plan. A master sign plan is required prior to constructing or altering a Multiple-Tenant Sign or Accessory Wayfinding Structure.

(2) **Multiple-Tenant Signs.** Multiple-Tenant Signs are only allowed as approved in a master sign plan.

(3) **Sign Permits.** Sign permits for signs accessory to a multiple-tenant nonresidential development shall not be issued until a master sign plan has been approved.

(B) **Design.** Signs, Accessory Wayfinding Structures, and Drive-Through Signs included in a master sign plan shall be subject to the following design standards.

(1) **Other Standards.** Except as specifically stated in this Section, signs shall be subject to all of the other applicable sign provisions in this Article.

**(2) Multiple-Tenant Signs.** Multiple-Tenant Signs shall be consistent with the applicable standards of this Ordinance and any specific design standards adopted by the Township Board, which shall be held on file with the Building & Inspection Services Division and Planning Services Division.

**(3) Accessory Wayfinding Structures.**

    **(a) Required.** Shopping centers may provide Accessory Wayfinding Structures within the site to provide directional information to specific businesses and to alternate road access points. The Township Board shall adopt an Accessory Wayfinding Structure standard, which shall be held on file with the Building & Inspection Services Division and Planning Services Division.

    **(b) Display Area.** The maximum display area for Accessory Wayfinding Structures shall be 6 square feet per side.

    **(c) Height.** The maximum height for Accessory Wayfinding Structures shall be 6 feet.

    **(d) Length.** The maximum length for Accessory Wayfinding Structures shall be 6 feet.

    **(e) Clear-vision Zone.** Accessory Wayfinding Structures taller than 30 inches must be located outside of the triangular areas defined in §2.09(A)(4) Unobstructed Site Distance.

    **(f) Compatibility.** The design and construction of Accessory Wayfinding Structures shall be compatible with the site design, including signs and architecture.

    **(g) Master Sign Plan.** A master sign plan shall be required for Accessory Wayfinding Structures.

**(4) Drive-Through Signs.** Drive-Through Signs must comply with the standards in _0_.

**(5) Compatibility.** All signs and Accessory Wayfinding Structures in a master sign plan shall have a consistent design that is compatible with the design of the site.

**(C) Process.** Master sign plans shall be reviewed and processed as outlined below.

**(1) Application.** Applications for master sign plans shall include the following materials:

    **(a) Sign Plan.** A master sign plan, drawn to scale, showing the location, setbacks, and dimensions of all proposed signs, Accessory Wayfinding Structures, and Drive-Through Signs;

(b) **Details.** Details of signs, Accessory Wayfinding Structures, and Drive-Through Signs, such as heights, areas, and illumination;

(c) **Building Elevations.** Scaled building façade elevations in color with full dimensions of any structures upon which Wall Signs, Accessory Wayfinding Structures, and Drive-Through Signs are proposed showing the intended general location of any proposed Wall Signs;

(d) **Renderings.** Color renderings of proposed signs;

(e) **Construction Details.** Technical descriptions and color illustrations of all signs, Accessory Wayfinding Structures, and Drive-Through Signs indicating their materials, structural and electrical specifications, and any additional information necessary to satisfy the requirements of state and local construction codes; and

(f) **Other Information.** Other information determined necessary by the approving authority to demonstrate full compliance with this Ordinance and other applicable laws and regulations.

(2) **Review.** Master sign plans shall be reviewed by the Community Planning Manager upon submission of a completed application. For master sign plans with a new development, the completed application shall also include and be processed concurrently with a site plan.

(a) **Approval.** Master sign plans shall be approved or may be approved with conditions upon finding that the proposed master sign plan complies with all applicable standards of this Ordinance and other applicable rules and regulations.

(b) **Denial.** Master sign plans shall be denied upon finding that the proposed master sign plan does not comply with all applicable standards of this Ordinance or other applicable rules or regulations.

(c) **No Guarantee of Permit.** Approval of a master sign plan by the Community Planning Manager does not guarantee the approval of sign permits or building permits.

(D) **Master Sign Plans Adopted by Canton Township on Township-Owned Property.** The Canton Township Board of Trustees may adopt a master sign plan for properties owned by Canton Township. The master sign plan adopted by the Township Board for properties owned by Canton Township may include modifications to the signage standards of this ordinance, provided that Canton Township retains ownership of the signs, retains editorial control over the message of the signs, and permits only noncommercial messages on the signs.

**Section 6A.11. Nonconforming Signs**
The continued use and maintenance of legally nonconforming signs shall be permitted, subject to the standards below.

(A) **Repairs and Maintenance.** Normal maintenance, including, but not limited to, painting, replacement of face panels, or repair or replacement of electrical wiring or devices, shall be permitted.

(B) **Expansion.** Nonconforming signs shall not be expanded or enlarged in any manner.

(C) **Structural Changes.** The faces, supports, frames, or other parts of nonconforming signs shall not be structurally changed or enlarged unless the resulting change conforms with the standards of this Ordinance.

(D) **Destruction.** Nonconforming signs that have been damaged or destroyed by more than 50 percent of the replacement cost of the sign shall not be reconstructed or replaced except in compliance with this Ordinance.

(E) **Electronic Message Center Signs.** Electronic Message Center Signs shall not be incorporated into or added to a nonconforming sign.

(F) **Substitution.** A nonconforming sign shall not be replaced with another nonconforming sign.

(G) **Creation of or Increase of Nonconforming Signs.** Signs that are made nonconforming or increased in a nonconformity due to a change in the location of a building, structure, property line, or sign, or changes the use of the land or building must be removed or brought into compliance with this Ordinance. This shall not apply to previously-conforming signs made nonconforming due to a right-of-way expansion.

(H) **Site Plan.** Nonconforming signs on sites that require site plan review and approval pursuant to Section 27.02 for an addition or modification to the site must be removed or brought into compliance with this Ordinance.

(I) **Abandonment of Use or Structure.** Nonconforming signs that are accessory to a use or structure that has been abandoned for a period of six months shall be removed, whether or not there is an intent to reestablish the use or reuse of the structure.

(J) **Vacancy.** A sign face shall be replaced with a dark face or opaque covering or the sign shall be removed after the associated unit or site is vacant for 45 days.

(K) **Building Removed.** Legally nonconforming signs that are accessory to a use located within a building shall be removed if the building is removed.

(L) **Unlawful Nonconforming Signs.** Unlawful nonconforming signs do not receive any protections under this Ordinance.

**Section 6A.12. Sign Permit Process**

Sign permits shall be required to erect, re-erect, install, display, alter, or relocate any sign, unless otherwise specified in ***Error! Reference source not found.***.

(A) **Applications.** Applications for sign permits shall be made upon forms provided by Canton Township and shall include the following information:

(1) **Sign Permit Application.** A completed application form, signed by the applicant and the property owner, if different;

(2) **Site Plan or Plot Plan.** A plan showing the location of the proposed sign, other buildings or structures in the vicinity, utilities, property lines, existing and planned rights-of-way, and proposed and required setbacks;

(3) **Building Elevations.** Scaled building façade elevations showing the size and location of the proposed sign and existing signs if the sign will be mounted on a building;

(4) **Renderings.** Color renderings of the proposed sign;

(5) **Sign Details.** Details of the sign, such as sign height and sign area;

(6) **Construction Details.** Plans showing specifications and method of construction and attachment to the building or the ground, including stress sheets and calculations, when determined necessary. The certificate or seal of a professional engineer may be required when determined necessary for public safety;

(7) **Illumination Details.** Information concerning the illumination, such as the location, type of fixture, color temperature, method of shielding, timer and diming details and a photometric plan with illumination levels in footcandles if the sign will be illuminated;

(8) **Electrical Connections.** Information concerning electrical connections if the sign will have electrical connections;

(9) **Annual Permit.** Copy of annual permit from the Michigan Department of Transportation for signs subject to the Highway Advertising Act (MCL 252.301 *et seq*) with faces that are visible from an interstate highway, freeway, or primary highway;

(10) **Installer Details.** Details about the party responsible for completing the work, including insurance policy and any license required by the Building & Inspection Services Division;

**(11) Performance Guarantee.** A performance guarantee, as outlined in §2.17 Performance Guarantee of this Ordinance, when required in this Ordinance;

**(12) Other Information.** Other information determined necessary by the approving authority to demonstrate full compliance with this Ordinance and other applicable laws and regulations.

**(B)  Review.** Sign permit applications shall be reviewed upon receipt of a completed application as described below.

**(1)  Approval.** Sign permits shall be approved or may be approved with conditions upon finding that the proposed sign complies with all applicable standards of this Ordinance and other applicable rules, regulations, and approvals.

**(a)  Master Sign Plan.** Sign permits for signs subject to a master sign plan shall only be approved by the Community Planning Manager after the master sign plan has been approved.

**(b)  Multiple-Tenant Signs.** Sign permits for Multiple-Tenant Signs shall only be approved by the Community Planning Manager after the master sign plan or site plan has been approved.

**(2)  Denial.** Sign permits shall be denied upon finding that the proposed sign does not comply with all applicable standards of this Ordinance or other applicable rules, regulations, or approvals.

**(3)  No Guarantee of Permit.** Approval of a sign permit by the Community Planning Manager does not guarantee the approval of building permits by the Building Official.

**(4)  Building Official Review.** The Building Official or designee shall review signs for compliance with the Building Code. A building permit or electrical permit may also be required even if a sign permit is not required.

**(C)  Expiration.** A sign permit shall expire and become null and void if the work for which the sign permit was issued is not completed within 12 months of the date of sign permit approval. A single, 6-month extension may be granted upon request of the applicant with a demonstration that the sign will be installed during the extension period.

**(D)  Revocation.** A sign permit may be revoked as outlined below.

**(1)  Criteria.** A sign permit may be revoked if any of the following criteria are determined to be true:

    **(a)** **Ordinance or Plans.** The sign is installed or maintained in a manner inconsistent with this Ordinance or applicable rules, regulations, or plans;

    **(b)** **Sign Permit.** The sign is installed or maintained in a manner inconsistent with an approved permit or condition of permit approval; or

    **(c)** **Inaccurate Information or Fraud.** The approval was based on inaccurate, misleading, or incomplete information.

**(2)** **Notice.** Written notice shall be provided to the property owner and shall include the following:

    **(a)** **Reason.** The reason or specific grounds for potential revocation of the sign permit;

    **(b)** **Appeal.** Recognition that an appeal of decision may be filed; and

    **(c)** **Period.** The period in which the sign must be removed or corrected.

**(3)** **Period.** A period of up to 10 business days may be allowed to correct or abate a sign or file an appeal of decision application. Additional time may be granted when bona fide efforts are made to correct or abate the issue.

**(E)** **Inspection.** Signs for which a sign permit has been issued shall be inspected at the time of installation or modification and may be inspected periodically as outlined below.

**(1)** **Submission of Application.** Submission of an application for a sign permit constitutes permission for Canton Township to access the property to conduct onsite investigations for the purpose of administering this Ordinance.

**(2)** **New Signs.** All signs for which a sign permit has been approved shall be inspected at the time of installation. The applicant shall be responsible for arranging inspections of new signs.

**(3)** **Existing Signs.** Canton Township shall have the authority to enter property to conduct periodic inspections of existing signs to ensure continued compliance with a sign permit and the provisions of this Ordinance.

**(4)** **Concealed Work.** The applicant or installer shall be responsible for arranging inspections of fastenings or other details that may be concealed before concealment. Canton Township may require exposing concealed fastening or other details if they were not inspected.

**(F)** **Compliance Certificate Required.** A certificate of compliance shall be required for all signs requiring a sign permit.

(1) **Compliance Certification.** All signs shall be inspected at the time of original installation and, if found to be in full compliance with the provisions of this Article, the approved plans and applicable Building Code standards, shall be issued a Certificate of Compliance.

(2) **Inspections.** Existing signs may be inspected on a periodic basis to determine continuation of compliance with the provisions of this Article.

(3) **Inspection Fee.** An inspection fee may be established by the Township Board. Such fee shall be charged to the owner of each sign inspected at the time of inspection, provided that such fee shall not be imposed more than once in any year.

### Section 6A.13. Violations and Enforcement

The installation, construction, reconstruction, alteration, or maintenance of a sign requiring a sign permit without an approved sign permit or the installation, construction, alteration, or maintenance of any sign in a manner inconsistent with this Ordinance is a violation of this Ordinance.

(A) **Nuisance Per Se.** Any sign in violation of this Ordinance shall be a nuisance per se.

(B) **Party to Violation.** Any person, agent, entity, or property owner who causes or allows a sign to be in violation of this Ordinance shall be a party to the violation.

(C) **Separate Violation.** Each sign in violation of this Ordinance shall be a separate violation. Each day a sign is in violation of this Ordinance shall be a separate violation.

(D) **Violations.** A violation of any provision of this Article is a misdemeanor, subject to enforcement and the fines and penalties for misdemeanor violations as set forth in §27.09 Violations and Penalties and the Charter Township of Canton Code of Ordinances. However, a violation of any provision of this Article in a public road right-of-way is a civil infraction and subject to a fine of $500 per day.

(E) **Scope of Remedies.** Canton Township may pursue any and all remedies available. Enforcement by one remedy does not preclude or waive enforcement by another remedy.

(F) **Other Remedies.** An enforcement official or Canton Township Attorney may institute injunction, mandamus, abatement, or other appropriate proceedings to prevent, enjoy, abate, or remove an unlawful erection, alteration, maintenance, or use. The rights and remedies provided here are civil in nature.

(G) **Compliance.** The imposition of any fine, fee, or penalty shall not exempt a sign from compliance with this Ordinance.

(H) **Correction of Defects.** A sign determined to be unsafe, insecure, improperly constructed, or poorly maintained shall be made safe and secure by completing any

necessary re-construction or repairs, or entirely remove the sign in accordance with the timetable established by the Building Official and Ordinance Enforcement Officers.

**(I)** **Sign Removal.** Signs erected or maintained in violation of this Article, including revocation of a sign permit, shall be removed.

**(1)** **Notice.** A written notice shall be provided to the property owner. The notice shall order the removal of the sign or outline what action would bring the sign into compliance with this Article and shall outline a reasonable period of time for the corrective action to be completed, as outlined below.

**(a)** **Permanent Signs.** Corrective action for Permanent Signs shall be completed within 30 days of notice.

**(b)** **Temporary Signs.** Corrective action for Temporary Signs shall be completed within seven days of notice.

**(c)** **Unsafe or Dangerous Signs.** Corrective action for unsafe or dangerous signs shall be completed within 24 hours of notice.

**(2)** **Removal.** Upon failure to remove the sign or bring the sign into compliance, Canton Township or its contractor may remove the sign if lawfully permitted to do so.

**(3)** **Emergency Removal.** Canton Township or its contractor may remove a sign that poses an immediate threat to safety without delivery of a written notice to the property owner upon certification by the Building Official that the nature of the immediate threat and a delay resulting from noticing is likely to cause imminent harm to individuals or property.

**(4)** **Signs in Right-of-Way**. Signs within public right-of-way in violation of this Ordinance may be removed by Canton Township without notice. Any costs incurred may be assessed to the owner of the sign.

**(5)** **Costs.** The property owner and sign owner shall be jointly and severally responsible for all costs incurred for removal, including attorney fees. Canton Township may place a lien or collect an assessment on the property if costs are not paid within 30 days after mailing of a billing of costs.

**Section 6A.14. Appeals and Variances**
Any party who has been refused a sign permit for a proposed sign may file an appeal with the Zoning Board of Appeals in accordance with Section 27.05 of this Ordinance. Any party seeking a variance from a development standard in this Article may file a variance application with the Zoning Board of Appeals in accordance with Section 27.05 of this Ordinance. In determining whether a variance is appropriate, the Zoning Board of Appeals shall study the sign proposal, considering any extraordinary circumstances, such as those listed below, that would cause

practical difficulty in complying with the sign standards (see definition of "Variance"; "Practical Difficulty" in Section 1.03 of this Ordinance). The presence of any of the circumstances listed may be enough for the Zoning Board of Appeals to justify granting a variance. However, the Zoning Board of Appeals may decline to grant a variance even if some circumstances are present. For variance applications from the development standards of this Article, the following decision criteria shall be applied by the Zoning Board of Appeals in lieu of the decision criteria of Section 27.05(D)(3) of this Ordinance:

**(A)** A conforming sign could not be easily seen by passing motorists due to the configuration of existing buildings, trees, or other obstructions, which cannot be legally and/or practically removed.

**(B)** A conforming sign could not be seen by passing motorists in sufficient time to permit safe deceleration and exit. In determining whether such circumstances exist, the Zoning Board of Appeals shall consider the width of the road, the number of moving lanes, the volume of traffic, speed limits, and lines of sight.

**(C)** Existing signs on nearby parcels would substantially reduce the visibility or advertising impact of a conforming sign on the subject parcel.

**(D)** Construction of a conforming sign would require removal or severe alteration to natural features on the parcel, such as but not limited to removal of trees, alteration of the natural topography, filling of wetlands, or obstruction of a natural drainage course. In determining whether such circumstances exist, the Zoning Board of Appeals shall consider the environmental impact of the removal or severe alteration to natural features and potential mitigation to determine the appropriateness of conforming alternatives.

**(E)** Construction of a conforming sign would obstruct the vision of motorists or otherwise endanger the health or safety of passers-by.

**(F)** Variance from certain sign regulations would be offset by increased building setback, increased landscaping, or other such enhancements, so that the net effect is an improvement in appearance of the parcel, compared to the result that would be otherwise achieved with construction of a conforming sign.

**(G)** A sign which exceeds the maximum permitted height or area standards of this Ordinance would be more appropriate in scale because of the large size or frontage of the parcel or building or within a building setback significantly greater than required by this Ordinance.

*     *     *

**Pursuant to Section 27.06 of Appendix A – Zoning of the Code of Ordinances, the Zoning Ordinance is hereby amended by adding the following definitions to Section 1.03:**

**ARTICLE 1.00.  RULES OF CONSTRUCTION AND DEFINITIONS**

**Section 1.03. Definitions**

*Awning:* A shelter extending from the exterior wall of a building and composed of nonrigid materials except for the supporting framework.

*Building Frontage:* The horizontal length of the front (entry) portion of a building occupied by a single tenant.

*Canopy:* A permanent roof-like shelter that may be either freestanding or attached to an adjacent building or structure, and typically constructed of the same material as the building.

*Commercial Message:* Speech by an economically motivated speaker, the purpose of which is to encourage a commercial transaction, such as a message that advertises or promotes a commercial product, service, or activity. Soliciting charitable donations is not commercial speech.

*Eave Line:* An imaginary line drawn across the wall on a gable end between the two lowest points of intersection of the top of a wall and the eave or edge of the roof. The eave line is not a roofline, which is the line of intersection the wall has where it abuts the roof. See also Roofline.



**Figure 1.03 Eave Line.       Eave Line/Roof Line**

*Flag***:** See definition of "Flag" in Article 6A.

*Glare:* Light emitting from a luminaire with intensity enough to reduce a viewer's ability to see and, in extreme cases, causing momentary blindness.

*Historic Districts:* Canton Township Historic Districts, as established in Chapter 90 (Historic Preservation) of the Charter Township of Canton Code of Ordinances.

*Luminaire:* A luminaire is a complete lighting system, including a lamp or lamps and a fixture.

*Owner:* A person, firm, partnership, association, company, corporation, or any other legal entity or its legal successors, heirs, and assigns.

*Roofline:* The edge of a roof or parapet, whichever is higher, excluding any cupolas, pylons, chimneys, or other minor similar projections. See also Eave Line.

*Site:* A recognized parcel or collection of parcels proposed for or containing existing development. A site can consist of more than one parcel of land. A multiple-tenant and/or multiple-building development on a series of integrated individual parcels constitutes a single

site. A separate parcel located within a multi-tenant and/or multiple-building development (also known as an out parcel or outlot) shall be considered a separate site if: the parcel has frontage on a public road; and, the parcel is not dependent upon the parcels or parcels on which the remaining multi-tenant and/or multiple-building development is located for access to a public road.

*     *     *

**Pursuant to Section 27.06 of Appendix A – Zoning of the Code of Ordinances, the Zoning Ordinance is hereby amended by deleting the following definitions from Section 1.03 and adding the following definitions in their place and stead:**

**ARTICLE 1.00. RULES OF CONSTRUCTION AND DEFINITIONS**

**Section 1.03. Definitions**

*Grade:* The ground elevation established for the purpose of regulating the number of stories or height of a building. The building grade shall be the level of the ground adjacent to the walls of the building if the finished grade is level. If the ground is not entirely level, the grade shall be determined by averaging the elevation of the ground for each face of the building. For the purpose of signs, the term Grade shall mean the average elevation of an area directly adjacent to the sign base, based on the highest and lowest measurements.

*Sign:* Any visual display or object that is intended to identify or display information or direct or attract attention by any means that is visible from offsite or from any public or private street, recognized access drive, sidewalk, alley, park, parking aisle, parking space, or public property. This term does not include goods displayed in a window; Official Signs, as defined in Article 6A; the minimum signs required for compliance with MCL 324.73102; addresses identification consistent with IFC 505.1 Address Identification; or commemorative signs consistent with MCL 125.3205d. This term includes the base, frame, and support members of the sign. See also §6A.04 Sign Type Definitions.

*     *     *

**Pursuant to Section 27.06 of Appendix A – Zoning of the Code of Ordinances, the Zoning Ordinance is hereby amended by adding the following sub-section to Section 2.03:**

**ARTICLE 2.00. GENERAL PROVISIONS**

**Section 2.03. Accessory Structures and Uses**.

**(J)** *Flagpoles.* Flagpoles are permitted as accessory structures subject to the standards below:

    (1) *Setbacks.* The minimum setback between a flagpole and any lot line shall be the height of the flagpole.

(2) *Height.* Flagpoles shall conform to the height requirement for the principal structure in the zoning district in which it is located, except flagpoles in residential and agricultural zoning districts shall not exceed the smaller of the height of the principal structure or the maximum height requirement for dwelling units in the district.

(3) *Design.* Flagpoles shall be designed for the flying of a flag or flags. Light poles shall not be used as a flagpole.

\* \* \*

**Pursuant to Section 27.06 of Appendix A – Zoning of the Code of Ordinances, the Zoning Ordinance is hereby amended by deleting Sub-section 2.06(A)(3) and adding the following in its place and stead:**

**ARTICLE 2.00. GENERAL PROVISIONS**

**Section 2.06. Home Occupations**.

**(A)** *General Requirements.*

(3) The appearance of the principal structure shall not be altered, nor shall the home occupation be conducted in a manner which would cause the premises to differ from its residential character by the use of colors; materials; construction; lighting; or the emission of sounds, noises, or vibrations.

\* \* \*

**Pursuant to Section 27.06 of Appendix A – Zoning of the Code of Ordinances, the Zoning Ordinance is hereby amended by deleting Sub-section 2.06(A)(7) and adding the following in its place and stead:**

**ARTICLE 2.00. GENERAL PROVISIONS**

**Section 2.06. Home Occupations**.

**(A)** *General Requirements.*

(7) One (1) non-illuminated nameplate sign accessory to a home occupation, not more than one square foot in area, shall be permitted. Said sign shall be attached flat to the building wall, and shall display only the name and occupation of the residences on the premises.

\* \* \*

**Pursuant to Section 27.06 of Appendix A – Zoning of the Code of Ordinances, the Zoning Ordinance is hereby amended by deleting Sub-section 2.09(A)(3)(a) and adding the**

**following in its place and stead:**

**ARTICLE 2.00. GENERAL PROVISIONS**

**Section 2.09. Yard and Bulk Regulations**.

**(A)** *General Requirements.*

    (3)  Projections into required yards.

        (a)  In all yards:

            Awnings.

            Freestanding signs.

            Pergolas, arbors, and trellises.

            Flagpoles.

            Window air conditioning units.

            Fences and walls, subject to applicable restrictions set forth herein.

            Bay windows, windowsills, belt courses, cornices, eaves, overhanging eaves, chimneys, and other architectural features may project into a required side yard not more than two inches for each one foot of width of such side yard, and may extend into any front or rear yard not more than 24 inches.

*        *        *

**Pursuant to Section 27.06 of Appendix A – Zoning of the Code of Ordinances, the Zoning Ordinance is hereby amended by deleting Sub-section 2.10(G)(3) and adding the following in its place and stead:**

**ARTICLE 2.00. GENERAL PROVISIONS**

**Section 2.10. Streets, Roads, and Other Means of Access.**

**(G)** *Maintenance.*

    (3)  *Required traffic control devices.* The easement maintenance agreement shall acknowledge the responsibility of the signatories to the agreement for installation and maintenance of appropriate traffic control devices, such as signs, signals, and pavement markings that are consistent with the Michigan Manual on Uniform Traffic Control Devices.

*        *        *

**Pursuant to Section 27.06 of Appendix A – Zoning of the Code of Ordinances, the Zoning**

Ordinance is hereby amended by deleting Sub-section 2.13(E) and adding the following in its place and stead:

**ARTICLE 2.00. GENERAL PROVISIONS**

**Section 2.13. Lighting.**

**(E)** *Sign Lighting.* Signs shall be illuminated in accordance with Article 6A of this Ordinance.

*     *     *

**Pursuant to Section 27.06 of Appendix A – Zoning of the Code of Ordinances, the Zoning Ordinance is hereby amended by deleting Sub-section 2.19(A)(4) and adding the following in its place and stead:**

**ARTICLE 2.00. GENERAL PROVISIONS**

**Section 2.19. Sidewalks.**

**(A)** *General Requirements.*

    (4) *Signage.* The Planning Commission may require installation of traffic control devices, such as signs or markings consistent with the Michigan Manual of Traffic Control Devices, for the purposes of safety where it is necessary to separate vehicular traffic from pedestrian and bicycle traffic, or where it is necessary to alert vehicular traffic of the presence of the sidewalks.

*     *     *

**Pursuant to Section 27.06 of Appendix A – Zoning of the Code of Ordinances, the Zoning Ordinance is hereby amended by deleting introductory paragraph of Sub-section 4.01(C)(4), but retaining the table, and adding the following in its place and stead:**

**ARTICLE 4.00. OFF-STREET PARKING AND LOADING REQUIREMENTS**

**Section 4.01. Off-Street Parking Requirements.**

**(C)** *Minimum Number of Spaces Required.*

    (4) *Accessible Parking.* Each parking lot that serves a building, except single- and two-family dwelling units, shall have a number of level parking spaces, identified by an above-grade sign that indicates the spaces are reserved for persons who are physically limited. Accessible parking spaces shall comply with the Michigan Building Code, rules promulgated by the Barrier-Free Design Board, and the Canton Township Building Code.

\*      \*      \*

**Pursuant to Section 27.06 of Appendix A – Zoning of the Code of Ordinances, the Zoning Ordinance is hereby amended by deleting Sub-section 4.01(D)(9), and renumbering current Sub-section 4.01(D)(10) to Sub-section 4.01(D)(9) accordingly.**

\*      \*      \*

**Pursuant to Section 27.06 of Appendix A – Zoning of the Code of Ordinances, the Zoning Ordinance is hereby amended by deleting Sub-section 6.02(C)(13)(c) and adding the following in its place and stead:**

**ARTICLE 6.00. SITE DEVELOPMENT STANDARDS APPLICABLE TO SPECIFIC USES**

**Section 6.02. Site Development Standards for Nonresidential Uses.**

**(C)** *Automobile Filling Stations, Automobile Filling/Multiuse Stations, Automobile Service Stations, Automobile Repair Garages.*

(13) *Pedestrian Circulation.*

*(c)* Pedestrian walkway patterns shall be considered as an integral component of site design and shall be located to connect areas or points of pedestrian origin and destination. Where it is necessary for pedestrian access to cross drive aisles, crossings shall emphasize and place priority on pedestrian access and safety. Pedestrian crossings must be well-marked and clearly visible, using pavement treatments, signs, striping, and signals consistent with the Michigan Manual on Uniform Traffic Control Devices and lighting.

\*      \*      \*

**Pursuant to Section 27.06 of Appendix A – Zoning of the Code of Ordinances, the Zoning Ordinance is hereby amended by adding Sub-section 6.02(C)(14) as follows:**

**ARTICLE 6.00. SITE DEVELOPMENT STANDARDS APPLICABLE TO SPECIFIC USES**

**Section 6.02. Site Development Standards for Nonresidential Uses.**

**(C)** *Automobile Filling Stations, Automobile Filling/Multiuse Stations, Automobile Service Stations, Automobile Repair Garages.*

(14) *Electronic Message Center Signs.* Because drivers often make a very quick decision whether to enter a gas station based on the price of fuel and because the Michigan Weights and Measures Act (P.A. 283 of 1965, as amended) includes requirements for

roadside advertising of fuel prices, automobile filling stations/multi-use stations may have Electronic Message Center Signs for display of fuel prices, subject to the standards below.

(a) *Location.* Electronic Message Center Signs may only be located on a conforming ground sign.

(b) *Integration.* The display area shall be part of the same sign face as a permanent ground sign face that does not include light emitting diodes and shall be integrated into the sign face by use of a border or similar design treatment that provides a visual linkage to the remainder of the sign.

(c) *Area.* Electronic Message Center Signs shall have a maximum area of 50 percent of the area of the sign they are attached to or 12 square feet, whichever is less.

(d) *Movement.* Animation, flashing, scrolling, osculating, video, or any simulated movement is prohibited. The display of the electronic message sign may not change more than once per hour.

(e) *Background.* The background of the display area shall be black.

\*      \*      \*

**Pursuant to Section 27.06 of Appendix A – Zoning of the Code of Ordinances, the Zoning Ordinance is hereby amended by deleting Sub-section 6.02(D.1)(5), and renumbering current Sub-sections 6.02(D.1)(6) through (8) to Sub-sections 6.02(D.1)(5) through (7) accordingly.**

\*      \*      \*

**Pursuant to Section 27.06 of Appendix A – Zoning of the Code of Ordinances, the Zoning Ordinance is hereby amended by deleting Sub-section 6.02(M)(6) and adding the following in its place and stead:**

**ARTICLE 6.00. SITE DEVELOPMENT STANDARDS APPLICABLE TO SPECIFIC USES**

**Section 6.02. Site Development Standards for Nonresidential Uses.**

**(M)** *Mini-warehouses.*

(6) *On-Site Circulation and Parking.*

(a) All one-way driveways shall be designed with one 10-foot-wide loading/unloading lane and one 15-foot travel lane.

(b)    All two-way driveways shall be designed with one 10-foot-wide loading/unloading lane and two 12-foot travel lanes.

(c)    The parking lanes may be eliminated if the driveway does not serve storage units. Traffic control devices, including signs and painted markings consistent with the Michigan Manual on Uniform Traffic Control Devices shall be used to indicate parking and traffic direction throughout the site.

*       *       *

**Pursuant to Section 27.06 of Appendix A – Zoning of the Code of Ordinances, the Zoning Ordinance is hereby amended by deleting the "Emergency Access" sub-paragraph text of Sub-section 6.03(A)(4), including its three bullet points, and adding the following in its place and stead:**

**ARTICLE 6.00. SITE DEVELOPMENT STANDARDS APPLICABLE TO SPECIFIC USES**

**Section 6.03. Site Development Standards for Residential Uses.**

**(A)** *Multiple-Family and Single-Family Attached Residential Requirements.*

(4)    *Access and Circulation.*

- *Emergency access*. All dwelling units, including those under construction, shall be readily accessible by fire and emergency vehicles from a paved public street, paved private access road, or other approved paved area. Fire lanes shall be posted with "Fire Lane, No Parking" signs consistent with the Michigan Manual on Uniform Traffic Control Devices. To facilitate emergency vehicle access, the following guidelines shall be complied with:

* All roadways shall be paved and bi-directional, allowing for both ingress and egress. A boulevard may be utilized to provide bi-directional traffic movement, provided that the median strip is a minimum of 25 feet in width.

* Streets with no outlet shall be terminated with a cul-de-sac, designed in accordance with standards established and periodically updated by the township engineer and kept on file in the Engineering Services Division. Such streets with no outlet shall not exceed 700 feet in length or 1,000 feet in length for developments having a minimum lot size of one acre or density of one dwelling unit/acre or less.

* Gatehouses and/or barricades at entrances to private roadways shall be designed so as not to impede fire and emergency vehicle access.

*       *       *

**Pursuant to Section 27.06 of Appendix A – Zoning of the Code of Ordinances, the Zoning Ordinance is hereby amended by deleting Sub-section 6.05(E).**

\* \* \*

**Pursuant to Section 27.06 of Appendix A – Zoning of the Code of Ordinances, the Zoning Ordinance is hereby amended by deleting Sub-section 6.08(F)(5), and renumbering current Sub-sections 6.08(F)(6) through (12) to Sub-sections 6.08(F)(5) through (11) accordingly.**

\* \* \*

**Pursuant to Section 27.06 of Appendix A – Zoning of the Code of Ordinances, the Zoning Ordinance is hereby amended by deleting introductory paragraph of Sub-section 6.10(E) and adding the following in its place and stead:**

**ARTICLE 6.00. SITE DEVELOPMENT STANDARDS APPLICABLE TO SPECIFIC USES**

**Section 6.10. Site Development Standards for the Central Business District Overlay.**

**(E)** *Development regulations.* Development within the central business district overlay is subject to the following regulations, in addition to standards set forth in §6.07 Site Development Standards for the Downtown Development District and other applicable requirements for specific uses in this ordinance, as appropriate.

\* \* \*

**Pursuant to Section 27.06 of Appendix A – Zoning of the Code of Ordinances, the Zoning Ordinance is hereby amended by deleting Sub-section 6.10(E)(5), and renumbering current Sub-sections 6.10(E)(6) through (12) to Sub-sections 6.10(E)(5) through (11) accordingly.**

\* \* \*

**Pursuant to Section 27.06 of Appendix A – Zoning of the Code of Ordinances, the Zoning Ordinance is hereby amended by deleting Sub-section 21.03(A)(1)(b) and adding the following in its place and stead:**

**ARTICLE 21.00. LI-R, LIGHT INDUSTRIAL RESEARCH DISTRICT**

**Section 21.03. Development Standards.**

**(A)** *Required Conditions.*

(1)

    (b)  A master sign plan, as described in Section 6A.10 and traffic control device

locations and specifications.

\*     \*     \*

**Pursuant to Section 27.06 of Appendix A – Zoning of the Code of Ordinances, the Zoning Ordinance is hereby amended by deleting Sub-section 27.02(F)(5) and adding the following in its place and stead:**

**ARTICLE 27.00. GENERAL PROCEDURES AND RELATED STANDARDS**

**Section 27.02. Site Plan Review.**

**(F)** *Application Data Requirements.*

(5)  Master sign plan as described in Section 6A.10.

**PART II. Severability.**

Should any section, subdivision, clause, or phrase of this Ordinance be declared by the courts to be invalid, the validity of the Ordinance as a whole, or in part, shall not be affected other than the part invalidated.

**PART III. Savings Clause.**

The amendment of the Canton Code of Ordinances set forth in this Ordinance does not affect or impair any act done, offense committed, or right accruing, accrued, or acquired, or liability, penalty, forfeiture or punishment, pending or incurred prior to the amendment of the Canton Code of Ordinances set forth in this Ordinance.

**PART IV. Repealer.**

All other Ordinances or part of Ordinances in conflict herewith are hereby repealed only to the extent to give this Ordinance full force and effect.

**PART V. Publication.**

The Clerk for the Charter Township of Canton shall cause the ordinance to be published in the manner required by law.

**Part VI. Effective Date.**

A public hearing having been held hereon pursuant to the provisions of Section 103 of Act 110 of the Public Acts of 2006, as amended, the provisions of this Ordinance shall be published within fifteen (15) days of its adoption of publications of a notice in a newspaper circulated in Canton Township stating the date of enactment and effective date, a brief statement as to its regulatory effect and that a complete copy of the Ordinance is available for public purchase, use

and inspection at the office of the Township Clerk during the hours of 8:30 AM to 4:30 PM, Local Time. The provision of this Ordinance shall become effective seven (7) days after its publication.

## **CERTIFICATION**

The foregoing Ordinance was duly adopted by the Township Board of Trustees of the Charter Township of Canton at its regular meeting called and held on the 13th day of January, 2026, and was ordered to be given publication in the manner required by law.

Michael Siegrist, Clerk

Introduced: June 10, 2025
Adopted: January 13, 2026
Published: January 19, 2026
Effective: January 27, 2026