# EXHIBIT 1

28.04. - Zoning board of appeals.

The township zoning board of appeals (hereinafter referred to as "ZBA") shall have the following responsibilities and authority pursuant to this ordinance.

A. *Creation.* The ZBA is created pursuant to Michigan Public Act No. 184 of 1943 (MCL 125.271 et seq.), as amended, the Township Rural Zoning Act.

B. *Membership and operation.* The ZBA shall consist of five members who shall be appointed in accordance with section 18 of Michigan Public Act No. 184 of 1943 (MCL 125.289), as amended, such that the first member is a member of the planning commission and the remaining members are representative of the population distribution and various interests present in the township. The qualifications of members, the term of each member, filling of vacancies, compensation of members, and operation of the ZBA shall be in accordance with Public Act No. 184 of 1943 (MCL 125.271 et seq.). The ZBA shall not conduct business unless a majority of the members of the board are present.

C. *Meetings.* Regular meetings of the ZBA shall be held at such times as specified in the ZBA's rules and procedures, and special meetings shall be held at the call of the chairman. The ZBA shall state the grounds of each determination, and shall maintain a record of its proceedings, which shall be filed in the office of the township clerk.

D. *Concurring vote required.* The concurring vote of a majority of the members of the ZBA shall be necessary to reverse an order, requirement, decision, or determination of an administrative official or body; to decide in favor of an applicant on any matter upon which the ZBA is required to act; or, to effect any variation to this zoning ordinance.

E. *Jurisdiction.* The ZBA shall act on all questions as they may arise in the administration of the zoning ordinance, including the interpretation of the zoning districts map. The ZBA shall also hear and decide appeals from and review any order, requirements, decision, or determination made by an administrative official or body charged with enforcement of this ordinance. The ZBA shall also hear and decide matters referred to them or upon which they are required to pass under this ordinance. In doing so, the ZBA may reverse or affirm, wholly or partly, or may modify the order, requirement, decision, or determination as in its opinion ought to be made in the premises, and to that end shall have all the powers of the officer or body from whom the appeal is taken and may issue or direct the issuance of a permit. The ZBA shall not have the power to alter or change the zoning district classification of any property.

In acting on appeals or requests for variances, the ZBA shall comply with the provisions of section 27.05. In the interest of complying with these requirements and furthering the objectives of this section, the ZBA may take the following actions:

1.  Interpret the zoning districts map where the street layout shown on the map varies from actual conditions.

2.  Interpret the exact location of a boundary line between zoning districts shown on the map.

3.  Grant variances from off-street parking or loading space requirements, upon finding that such variances will not result in a parking or loading space deficiency or otherwise be inconsistent with the intent of such requirements.

4.  Grant variances from yard and bulk regulations, including height, lot area, yard setback, floor area, and lot width regulations, where there are unique circumstances on the lot such that the lot cannot reasonably be put to a conforming use. In deciding upon such variances, the ZBA shall first determine that sufficient area exists of [for] an adequate stormwater drainage, water supply, and septic system, if necessary.

5.  Grant variances from the site plan review requirements where the ZBA finds that the requirements would cause practical difficulties or unnecessary hardship due to the unique conditions on the site.

6.  Grant variances made necessary by the advances of technology being put to use in new developments, but not anticipated by the provisions of this ordinance.

F.  *Decision final.* The decision of the ZBA shall be final, but shall be subject to review by the circuit court. The circuit court may order the ZBA to rehear a case in the event that the court finds that the record of the ZBA is inadequate to make the proper review, or that there is additional evidence which is material and with good reason was not presented to the ZBA.

Cross reference— Boards, commissions and authorities, § 2-131 et seq.